**U.S. Department of Justice**

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| ISSONDA, Raymond Priscus | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| TANZANIA | A0180987 | Case No: XBQ0610000012 | | 71 | 155. | LABORER |
| | | A096 416 564 | | | | |

| U.S. Address |
|---|
| PLYMOUTH COUNTY HOC 26 LONG POND ROAD |
| PLYMOUTH, MASSACHUSETTS 02360 |

Scars and Marks: **See Narrative**

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 02/15/1999, Unknown Time, At NYC, Nonimmigrant Visitor | |

F.B.I. Number: **644494HC6**

Single ☒  Divorced ☐  Married ☐  Widower ☐  Separated ☐

| Number, Street, City, Province (State) and Country of Permanent Residence |
|---|

Method of Location/Apprehension: **CAP 511.2.3**

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 05/02/1978   Age: 27 | 10/04/2005 | XBO/XBO | Plymouth, MA | 10/04/2005 1530 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| D' SALAAM,TANZANIA, TANZANIA | | | | | MARK ANNOTTI |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | Visitor | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| 1999041813033 B-2 | 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 | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 2 USC CHILDREN |

| Father's Name, Nationality, and Address, if Known  Nationality: TANZANIA | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| SPX  Unknown | MULINIMA, Winnie MULINIMA MALDEN, MASSACHUSETTS |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks  See Narrative | Charge Code Word(s)  See Narrative |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr. | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

OTHER ALIASES KNOWN BY
INMATE ID: #38942, PED: 01/19/2006
ISSONDRA, RAYMOND


SCARS, MARKS AND TATTOOS
TATTOO CALF, RIGHT (PIC OF PANTHER)
TATTOO ARM, LEFT UPPER (PIC OF HEARTS)
TATTOO ARM, RIGHT UPPER (PIC OF PRAYING HANDS)


MOTHER'S NATIONALITY
TANZANIA


INS SYSTEMS CHECKS
Central Index System Positive
Computer Linked Application Information Management System Negative
Deportable Alien Control System Negative
National Crime Information Center Positive
Non Immigrant Information System Positive
Treasury Enforcement Communications System Positive


CHARGE CODE WORD(S)

**GOVERNMENT EXHIBIT 1**

| | |
|---|---|
| Alien has been advised of communication privileges.  10/7/05 (Date/Initials) | MARK ANNOTTI  IMMIGRATION ENFORCEMENT AGENT  (Signature and Title of INS Official) |

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| File | Officer: MARK ANNOTTI |
| DRO | on: October 4, 2005 at 1600 (time) |
| VICTIM-WITNESS CASE! NOTIFY VWC | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: GREGORY NEVANO |

| Alien's Name | File Number Case No: XB00610000012 | Date |
|---|---|---|
| ISSONDA, Raymond Priscus | A096 416 564 | 10/04/2005 |

R1B
R2E1

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by ANNOTTI


KNOWN ALIASES: Raymond Priscus ISSONDRA

Subject is a citizen and national of Tanzania by virtue of birth and neither he nor his parents have ever been citizens of any other country.  Subject stated that he submitted an application to CIS in 2000, but has no recollection of the application's purpose.  No pending or otherwise applications or petitions were discovered on record with CIS. Subject last entered the United States as set forth above.

Subject was identified and interviewed on April 18, 2005, by this writer in the Plymouth County HoC, Plymouth, MA under CAP, Criminal Alien Program, after he was charged with numerous criminal offenses and held without bail.  Subject was subsequently convicted on June 15, 2005.

Subject did not have an A-file; therefore, one was created.  Subject's criminal record revealed that:

On June 15, 2005, Subject was convicted of Assault & Battery (2 counts) and Assault with a Dangerous Weapon; which stemmed from an incident on or about November 16, 2004; Subject was sentenced to 11 months.

On June 15, 2005, Subject was convicted of Violation of Abuse Prevention Order; which stemmed from an incident on or about February 23, 2005; Subject was sentenced to 11 months.

On June 15, 2005, Subject was convicted of Violation of Abuse Prevention Order; which stemmed from an incident on or about February 8, 2005; Subject was sentenced to 11 months.

NTA charges and criminal convictions were verified by TAU/Richards and approved as to their legal sufficiency.

Subject appears to be in good health.  Subject has never claimed USC, collected government benefits, or served in the United States military.

An immigration detainer was filed on the Subject with the Plymouth County HoC on April 21, 2005 and updated on or about October 6, 2005.

Deportation recommended.

| Signature | Title |
|---|---|
| MARK ANNOTTI | IMMIGRATION ENFORCEMENT AGENT |

Form I-831 Continuation Page (Rev. 6/12/92)

| Alien's Name | File Number<br>Case No: XB00610000012 | Date |
|---|---|---|
| ISSONDA, Raymond Priscus | A096 416 564 | 10/04/2005 |

```
MA BOP PCF#000002865409 (Raymond P. ISSONDRA)
FBI#644494HC6 (Raymond ISSONDA)
```

**Department of Homeland Security**
Immigration and Customs Enforcement

## Immigration Detainer/Notice of Action

File No.: **A 96 416 564**
Date: **April 21, 2005**

**TO:** (Name and Title of Institution)
*Plymouth County House of Corrections*
26 Long Pond Road
Plymouth, MA 02360

**To include any court/institution this person is transferred.**

**FROM:** (ICE Office Address)
*Immigration and Customs Enforcement*
*J.F.K. Federal Building, Room 1725*
*Government Center*
*Boston, MA 02203*

Name of Alien:   **ISSONDA, Raymond**        **AKA: ISSANDRA, Raymond**

INMATE #:   **38942**      PED:   **PRE-TRIAL HOLD**

Date of Birth:   **05 / 02 / 1978**    Nationality/POB:   **Tanzania**    Sex:   **Male**

**You are advised that the action noted below has been taken by Immigration and Customs Enforcement (ICE) concerning the above-named inmate of your institution:**

- [X] *Investigation has been initiated to determine whether this person is subject to removal from the United States.*
- [ ] A Notice To Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____.
- [ ] A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
- [ ] Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment, which he or she would otherwise receive.

- [X] Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling **617-565-3304** during business hours or **617-989-6624** after hours or in an emergency.
- [X] Please complete and sign the bottom block of the duplicate of this form and return it to this office.
- [X] Please return a signed copy via FAX to **617-565-3961** to the attention of **Agent Annotti** to confirm receipt.
    (FAX Number)                    (Name of ICE official handling case)

- [X] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
- [X] Notify this office in the event of the inmate's death or transfer to another institution.
- [ ] Please cancel the detainer previously placed by this Service on _____.

_____
Mark Annotti
(Signature of ICE official)

**ICE Agent**
(Title of ICE official)

Receipt acknowledged:
Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

**GOVERNMENT EXHIBIT**
2

Department of Homeland Security
Immigration and Customs Enforcement

## Immigration Detainer/Notice of Action

File No.: **A 96 416 564**
Date: **October 6, 2005**

To: (Name and Title of Institution)
*Plymouth County House of Corrections*
26 Long Pond Road
Plymouth, MA 02360

From: (ICE Office Address)
*Immigration and Customs Enforcement*
*J.F.K. Federal Building, Room 1725*
*Government Center*
*Boston, MA 02203*

To include any court/institution this person is transferred.

Name of Alien: **Raymond Priscus ISSONDA**    (AKA: Raymond ISSONDRA)

INMATE #: **38942**    PED: **01 / 19 / 2006**

Date of Birth: **05 / 02 / 1978**    Nationality/POB: **Tanzania**    Sex: **Male**

**You are advised that the action noted below has been taken by Immigration and Customs Enforcement (ICE) concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☒ *A Notice To Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on* **10/7/05** .
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
☐ Deportation or removal from the United States has been ordered.

## It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment, which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling **617-565-3304** during business hours or **617-989-6624** after hours or in an emergency.
☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
☒ Please return a signed copy via FAX to **617-565-3961** to the attention of **Agent Annotti** to confirm receipt.
(FAX Number)        (Name of ICE official handling case)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____

Mark Annotti
(Signature of ICE official)

ICE Agent
(Title of ICE official)

GOVERNMENT
EXHIBIT
3

Receipt acknowledged:
Date of latest conviction: _____ Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____    LT

Form I-247 (Rev. 4-1-97)N

12/30/05
Reviewed ф L/S000

U. S. Department of Justice

Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A096 416 564

Case No: XBO0610000012

In the Matter of:

Respondent: Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006;
ISSONDRA, RAYMOND

_____ currently residing at:

PLYMOUTH COUNTY HOC 26 LONG POND ROAD
PLYMOUTH MASSACHUSETTS 02360

(Number, street, city state and ZIP code)

(508) 830-6200

(Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

        See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

        See Continuation Page Made a Part Hereof

GOVERNMENT
EXHIBIT
4

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
JFK Federal Building 15 New Sudbury Street Room 320 Boston MASSACHUSETTS US 0220

(Complete Address of Immigration Court, Including Room Number, if any)

on a date to be set      at a time to be set  to show why you should not be removed from the United States based on the

(Date)                      (Time)

charge(s) set forth above.

GREGORY NEVANO
GROUP SUPERVISOR

(Signature and Title of Issuing Officer)

Date: October 4, 2005

Boston, MA

(City and State)

Ct 2006

### See reverse for important information

Form I-862 (Rev. 3/22/99)N

# Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

Before: _____

_____ (Signature of Respondent)

_____
(Signature and Title of INS Officer)

Date: _____

---

## Certificate of Service

This Notice to Appear was served on the respondent by me on __10/7/05__ (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

[X] in person    [ ] by certified mail, return receipt requested    [ ] by regular mail
[ ] Attached is a credible fear worksheet.
[X] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the **English** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

_____
MARK ANNOTT
IMMIGRATION ENFORCEMENT AGENT
(Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

| Alien's Name | File Number | Date |
|---|---|---|
| Raymond Priscus ISSONDA | Case No: XB00610000012<br>A096 416 564 | October 4, 2005 |

The Service alleges that you:

A 1)  You are not a citizen or national of the United States;

A 2)  You are a native of Tanzania and a citizen of Tanzania;

A 3)  You were admitted to the United States at New York City, New York, on or about
      February 15, 1999 as a nonimmigrant visitor with authorization to remain in the
      United States for a temporary period not to exceed August 14, 1999;

A 4)  You remained in the United States beyond August 14, 1999 without authorization
      from the Immigration and Naturalization Service;

A 5)  You were, on June 15, 2005, convicted in the Brockton Trial Court at Brockton,
      Massachusetts, for the offense of Assault and Battery, in violation of
      Massachusetts General Laws Chapter 265 Section 13A(b);

X 6)  That offense was committed against Yvonne GOODMAN, a person who is similarly
      situated to your spouse and protected from your acts by the domestic or family
      violence laws of the Commonwealth of Massachusetts pursuant to Massachusetts
      General Laws Chapter 209A.


On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended,
in that after admission as a nonimmigrant under Section 101(a)(15) of the Act,
you have remained in the United States for a time longer than permitted, in
violation of this Act or any other law of the United States.

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in
that you are an alien who at any time after entry has been convicted of a crime
of domestic violence, a crime of stalking, or a crime of child abuse, child
neglect, or child abandonment.

| Signature | Title |
|---|---|
| GREGORY NEVANO | GROUP SUPERVISOR |

Form I-831 Continuation Page (Rev. 6/12/92)

**U.S. Department of Justice**

Immigration and Naturalization Service

# Notice of Rights and Request for Disposition

**FIN #:**

**Case No:** XBO0610000012
**File No:** A096 416 564

Name: __Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND__

## NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearing, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

## REQUEST FOR DISPOSITION

__R.P.I__ ☒  I request a hearing before the Immigration Court to determine whether or not I may remain in the
Initials      United States.

_____ ☐  I believe I face harm if I return to my country. My case will be referred to the Immigration Court
Initials      for a hearing.

_____ ☐  I admit that I am in the United States illegally, and I believe I do not face harm if I return to my
Initials      country. I give up my right to a hearing before the Immigration Court. I wish to return to my
             country as soon as arrangements can be made to effect my departure. I understand that I may be
             held in detention until my departure.

_____          __10/07/05__
Signature of Subject                          Date

## CERTIFICATION OF SERVICE

**GOVERNMENT EXHIBIT**
5

☒  Notice read by subject
☒  Notice read to subject by __MARK ANNOTTI_____, in the__English_____ language.

__MARK ANNOTTI_____
Name of Service Officer (Print)                    Name of Interpreter (Print)

_____          __10/7/05    1600__
Signature of Officer                          Date and Time of Service

Form I-826 (4/1/97)N

**U.S. Department of Justice**

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: XB00610000012
File No. A096 416 564
Date: October 4, 2005

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND
(Full name of alien)

an alien who entered the United States at or near New York City, New York on
(Port)

February 15, 1999 is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

I ACKNOWLEDGE RECEIPT OF
THIS NOTICE x _Raymond_
(DATE)
DEC 30 2005

_____
(Signature of authorized INS official)

GREGORY NEVANO
(Print name of official)

GROUP SUPERVISOR
(Title)

---

**Certificate of Service**

Served by me at South Bay on DEC 30 2005 at 11:38 .

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

I.E.A.
(Title of officer serving warrant)

GOVERNMENT
EXHIBIT
6

Form I-200 (Rev. 4-1-97)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Custody Determination

Raymond Priscus ISSONDA   AKA: INMATE ID: #38942, PED: 01/19/2006;
ISSONDRA, RAYMOND

PLYMOUTH COUNTY HOC
26 LONG POND ROAD
PLYMOUTH, MA 02360

Case No: XB00610000012
File No: A096 416 564

Date: 10/04/2005

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.
☐ released under bond in the amount of $_____.
☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

GREGORY NEVANO
(Signature of authorized officer)

GROUP SUPERVISOR
(Title of authorized officer)

Boston, MA
(INS office location)

☐ I do ☒ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

(Signature of respondent)

DEC 3 0 2005
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge        ☐ District Director        ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.      ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.              ☐ Release-Personal Recognizance
☐ Bond amount reset to _____            ☐ Other: _____

**GOVERNMENT EXHIBIT**

(Signature of officer)

Form I-286 (Rev. 4-1-97)N

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1900 E. WHATLEY RD. POBOX 750
OAKDALE, LA  71463

In the Matter of:                         Case No.: A96-416-564
ISSONDA, RAYMOND PRISCUS
                                          IN REMOVAL PROCEEDINGS
RESPONDENT

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States
to _TANzania_                                     on the charge(s) contained in the N
Appear.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible
for the following forms of relief for a period of ten (10) years after the date
you were required to appear for removal:

    (1)   Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    (2)   Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    (3)   Adjustment of status or change of status as provided for in section
          245, 248 or 249 of the Immigration and Nationality Act.

                                     _____
                                     JAMES NUGENT
                                     Immigration Judge
                                     Date:  Feb 6, 2006

Appeal: (WAIVED)  (A/I/B)
Appeal Due By:
----------------------------------------------------------------------
                   CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's ATT/REP  [ ] INS
DATE: __2/6/06__  BY: COURT STAFF _O.B._
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 7 - 4T (REMOVAL Order)
PAB


GOVERNMENT
EXHIBIT
8

.iu10 East Whatley Road
Oakdale, LA 71463



U.S. Immigration
and Customs
Enforcement

February 16, 2006

Embassy of Tanzania
2139 "R" Street, NW
Washington, DC  20008

RE:  ISSONDA, Raymond Priscus
     A96 416 564

Dear Sir or Madam:

Please accept this letter with enclosed documents as a request for a travel document on behalf of Mr. Raymond Issonda, a native and citizen of Tanzania.

Mr. Issonda entered the United States at New York, New York, on February 15, 1999, as a visitor.

Mr. Issonda was convicted in Brockton Trial Court at Brockton, Massachusetts, on June 15, 2005, for the offense(s) of Assault and Battery. Mr. Issonda is currently in our custody.

Mr. Issonda was afforded a hearing before an Immigration Judge on February 6, 2006 to answer the charges on the attached Notice to Appear. As a result of his hearing, Mr. Issonda was ordered removed from the United States as documented by the attached order of the Immigration Judge.

Mr. Issonda will be scheduled to depart the United States upon receipt of a travel document.

GOVERNMENT
EXHIBIT
9

Page 2

If we may be of further assistance to you in this matter, please feel free to contact Officer Lyle Boelens at the above address.

Sincerely,

Scott L. Sutterfield
Assistant Field Office Director

attachments   (217/photo;ij order;nta;expired p/p;money order)
OAK:DRO:BOELENS:smd:021606

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

UNIT ID: 0707
Postmark Here
Clerk: GBSBTB
03/03/06

Sent To — Embassy of Tanzania
Street, Apt — 2139 R Street, NW
or PO Box — Washington, DC  20008
City, State — A17  A96 416 564

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Embassy of Tanzania
2139 R Street, NW
Washington, DC  20008

A17  A96 416 564

2. Article Number
(Transfer from service label)   7004 0750 0004 2199 5070

PS Form 3811, February 2004       Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          □ Agent
                          □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
                                March 07
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail   □ Express Mail
   □ Registered       ☒ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.
4. Restricted Delivery? (Extra Fee)   □ Yes

102595-02-M-1540

# INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT

FILE

| 1. NAME | | | | | | | 2. SEX |
|---|---|---|---|---|---|---|---|
| Raymond Priscus | | | | ISSONDA | | | M |

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP |
|---|---|
| Raymond ISSONDRA | Tanzania |

| 5. DATE OF BIRTH | 6. PLACE OF BIRTH |
|---|---|
| 05/02/1978 | D'Salaam, Tanzania |

| 7. HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | MARKS OR SCARS |
|---|---|---|---|---|---|
| 71 | 155 | BRO | BLK | MED | Tattoos rt calf, lt arm, rt arm |

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY |
|---|---|
| SAME | SAME |

**10.** IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.

CITIZEN OF TANZANIA

| 11. NAMES, LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS. | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. |
|---|---|
| HIGH SCHOOL IN D'SALAAM  1440A | CATHOLIC ST. PETERS, D'SALAAM |

**13.** LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP *(Show dates of residence)*

UNKNOWN

**14.** ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE *(Show dates of residence, and immigration status there)*

DOES NOT APPLY

| 15. PLACE OF ENTRY INTO UNITED STATES | DATE OF ENTRY INTO UNITED STATES |
|---|---|
| New York, NY | 02/15/1999 |

**16.** LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT. RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

SEE ATTACHED EXPIRED PASSPORT

**17.** IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: [X] YES [ ] NO. DESCRIBE DOCUMENT(S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: [ ] YES [ ] NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

PASSPORT #A0180987

| 18. FATHER'S NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| Priscus ISSONDA | | SOUTH AFRICA |
| PRESENT ADDRESS | | |
| DECEASED | | |

| 19. MOTHER'S MAIDEN NAME | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|
| Winnie Mulindwa KAMATNA | | TANZANIA |
| PRESENT ADDRESS | | |
| KAMPALA, UGANDA, P.O. BOX 2772  011-256-75755449 | | |

**20.** NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

MOTHER

**21.** PREVIOUSLY [ ] EXCLUDED [ ] DEPORTED [ ] REQUIRED TO DEPART FROM THE UNITED STATES

ON  N/A  VIA  TO
*(DATE)*  *(PORT)*  *(COUNTRY)*

**22.** INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: [ ] YES [X] NO. IF SO, GIVE DATES AND PLACES

**23.** NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE

SINGLE

**24.** NAMES, AGES, AND ADDRESSES OF ALL CHILDREN

2 USC 4 & 2 YEARS OLD

**25.** IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL

NOT DEPORTABLE TO CANADA





PASIPOTI
PASSPORT

JAMHURI YA MUUNGANO WA TANZANIA
UNITED REPUBLIC OF TANZANIA

Namba ya Pasipoti : **A** 0180987
Number of Passport :

Jina la mwenye Pasipoti : MR. RAYMOND
Name of Bearer : PRISCUS ISSONDA

Akifuatana na :                    Watoto
Accompanied by :                   Children

Taifa la mwenye Pasipoti :
National Status of Bearer :

RAIA WA JAMHURI YA MUUNGANO WA TANZANIA
CITIZEN OF THE UNITED REPUBLIC OF TANZANIA

Kuna kurasa 36 katika pasipoti hii
This passport contains 36 pages

Hii ni kuwaambia na kuwasihi, kwa Jina la Rais
wa Jamhuri ya Muungano wa Tanzania, wote
wanaohusika, kwa kusudi la kumruhusu
mwenye pasipoti hii kupita bila kizuizi ama
kipingamizi cho chote na vile vile kumpa
msaada na ulinzi wowote ambao unaaoonekana
kuwa wa lazima.

This is to request and require in the name of
the President of the United Republic of Tanzania
all those to whom it may concern to allow
the bearer to pass freely without let or hindrance
and to afford the bearer such assistance and
protection as may be necessary.

**MAELEZO**
*DESCRIPTION*

Kazi : STUDENT
*Profession :*

Mahali pa kuzaliwa : D SALAAM
*Place of birth :*

Tarehe ya kuzaliwa : 2 · MAY · 1978
*Date of birth :*

Mahali aishipo : TANZANIA
*Residence :*

Urefu : 1 m/ft 70   cm/in
*Height :*

Rangi ya Macho : BLACK
*Colour of eyes :*

Alama yoyote isiyo ya kawaida : NIL
*Special peculiarities :*

Anuani ya kudumu : BOX 1130 DSM
*Permanent Address :*

Sahihi ya mwenye Pasipoti :
*Signature of Bearer :*

2

---

**MAELEZO**
*DESCRIPTION*

Tarehe ya Kuzaliwa : 2 · MAY · 1978
*Date of birth :*

Picha ya mwenye Pasipoti
*Bearer's photograph*



Sahihi
*Signature*



3

**NCHI AMBAZO MWENYE PASIPOTI HII ANARUHUSIWA KUZURU**
*COUNTRIES FOR WHICH THE PASSPORT IS VALID*

NCHI ZOTE ZA ULIMWENGU ISIPOKUWA PALE INAPOTAJWA
*ALL FOREIGN COUNTRIES UNLESS OTHERWISE ENDORSED*

Mwisho wa matumizi ya Pasipoti hii ni Tarehe  :
*The validity of this passport expires on  :*

25     MAY . 2002

Imetolewa huko }
*Issued at*

Tarehe }
*Date*

**AFISA UDHIBITI WA PASIPOTI**
*PASSPORT CONTROL OFFICER*

4

**MAAGIZO**
*OBSERVATIONS*

**KUONGEZA MUDA**
*RENEWALS/EXTENSION*

**Pasipoti hii imeongezwa muda hadi tarehe  :**
*The validity of this passport is extended/renewed up to  :*

5

MAELEZO KUHUSU WATOTO
PARTICULARS OF CHILDREN

| Jina | Mahali pa kuzaliwa | Tarehe ya kuzaliwa | Jinsi |
| Name | Place of birth | Date of birth | Sex |

MATUMIZI MBALI MBALI
MISCELLANEOUS SERVICES

VIZA   VISAS

6

7

VIZA   *VISAS*

VIZA   *VISAS*

PuPIL'S PASS N⁰ 09314
ONE (1) YEAR
( Y. M. C. A )
REP n⁰ 05/21/8/97
V/u 20/8/98

14/10/97

10

11

VIZA   *VISAS*

710965

BI-1639

**REPUBLIC OF SOUTH AFRICA**

TEMPORARY RESIDENCE PERMIT
(Section 26 of Act No. 96 of 1991)
A Temporary Residence Permit of the category:

| Visitor's Permit | Medical Permit |
| Business Permit | |

valid until ........................
is hereby issued subject to the following conditions:

JMMMBXL

12

VIZA   *VISAS*

Control No: 187341 BI-1635 (HV)

REPUBLIC OF SOUTH AFRICA

..... VISA

Rvt. No.

Name.

Passport No.

*Authority to proceed to the Republic to revert is an immigration officer at a port on port of entry has been granted by the Minister of Home Affairs.*

Visa Expiry Date

No. of Entries

Issued at ................. on ...............

Conditions:

*for Minister: Home Affairs*





16

VIZA   VISAS

UNITED STATES
OF AMERICA                                    VISA

Issuing Post Name
KAMPALA                            Control Number
Surname                           19990418130033
ISSONDA
Given Name
RAYMOND PRISCUS                    Visa Type/Class
Passport Number          Sex        R    B1/B2
A0180987                 M         Birth Date      Nationality
                                   02MAY1978        TAZN
Entries         Issue Date
 1              10FEB1999         Expiry Date
Annotation                        10MAY1999

                                        23158477

VNUGAISSONDA<<RAYMOND<PRISCUS<<<<<<<<<<<<<<<
A0180987<3TZA7805020M99021078B3100593FE56A4E4

Ndugu/Rafiki watakao pewa taarifa wakati wa ajali au kifo
*Particulars of relative/friend to be informed in the event of accident or death.*

Jina : WINNIE
*Name :*

Anuani ya Posta : BOX 1130
*Postal Address :*        DSM

Anapoishi : MOTHER
*Residence :*

Uhusiano :
*Relationship :*

Simu Na : 67278
*Tel. No. :*

Jina : J. M. KAMBI
*Name :*

Anuani ya Posta : BOX 16582
*Postal Address :*        DSM

Anapoishi :
*Residence :*

Uhusiano : UNCLE
*Relationship :*

Simu Na : 181529
*Tel. No. :*

## REGISTRATION

Tanzania citizens resident abroad should at the earliest opportunity register their names and addresses at the nearest Tanzania Embassy, or consulate or Tanzania representative, or, where these offices do not exist, with the nearest United Kingdom Representative. Changes of address or departure from the country should also be notified to them.

## NOTES

1. Tanzania passports are issued and renewed by the competent authorities in Tanzania, by the Tanzania Government's diplomatic and consular officers in foreign countries and by Tanzania High Commissioners in Commonwealth countries.

2. They are available for five years in the first instance and may be renewed for a further period of five years from the date of expiry. They are not available beyond ten years from the original date of issue. If at any time a passport contains no further space for visas, a new passport must be obtained.

3. They are only available for travel to the countries named on page (4) but may be endorsed for additional countries. The possession of a passport so endorsed does not exempt the holder from compliance with any Immigration regulations in force in the countries or territories named or from the necessity of obtaining a visa or permit where required. Passports endorsed as valid for all parts of the Commonwealth are available for travel to territories under the protection of the United Kingdom or other Commonwealth countries. It should, however, be noted in this connection that the majority of territories within the Commonwealth have immigration restrictions applicable to British subjects as well as aliens.

4. Children over the age of 16 years require separate passports.

35