Department of Homeland Security
1010 East Whatley Road
Oakdale, Louisiana 71463



U.S. Immigration
and Customs
Enforcement

Raymond Priscus          ISSONDA                          A096 416 564
BOP # 24741-265
FDC Oakdale
P.O. Box 5010
Oakdale, LA  71463

# Notice to Alien of File Custody Review

It is the policy of Immigration and Customs Enforcement (ICE) to periodically review the custody status of detained aliens who have final orders of removal, deportation or exclusion.  You are required to cooperate with the ICE in effecting your removal from the United States.

The ICE Deciding Official will review your case for consideration of release on an Order of Supervision. Release from ICE custody is dependent on your demonstrating by "clear and convincing evidence" that you **will not** pose a danger to the community and **will not** be a significant flight risk.

Your custody status will be reviewed on or about _____**04/28/2006**_____ .The Deciding Official may consider, but is not limited to considering the following:

1. The nature and seriousness of your criminal convictions;
2. Other criminal history;
3. Sentence(s) imposed and time actually served;
4. History of escapes, failures to appear for judicial or other proceedings, and other defaults;
5. Probation history;
6. Disciplinary problems while incarcerated;
7. Evidence of rehabilitative effort or recidivism;
8. Equities in the United States;
9. Prior immigration violations and history; and
10. Cooperation in obtaining your travel document.

You may submit any documentation you wish to be reviewed in support of your release, prior to the date listed above,  to the attention of the Officer and address below. English translations must be provided pursuant to 8 CFR 103.2(b)(3). An Attorney or other person may submit materials on your behalf.

U.S. Department of Homeland Security
Immigration and Customs Enforcement
Attn:    Lyle Boelens
                                          Deportation Officer
1010 East Whatley Road
Oakdale, Louisiana  71463

GOVERNMENT
EXHIBIT

/ 10

Notice to Alien of File Review
Page 2

ISSONDA                    , Raymond Priscus              A096 416 564

## PROOF OF SERVICE

**(1)**   **Personal Service (Officer to complete both (a) and (b) below.)**

(a)   I _Steven C Dura_ , _D.O._ ,

Name of ICE Officer                                    Title

certify that I served _Raymond Priscus ISSONDA_ with a copy of

Name of detainee

this document at _FDC Oakdale, LA_ on _3/30/06_ , at _9:30pm_ .

Institution                          Date              Time

(b)   I certify that I served the custodian _____ ,

Name of Official

_____ , at _____ , on

Title                                  Institution

_____  with a copy of this document.

Date

## OR

**(2)**   Service by certified mail, return receipt.  (Attach copy of receipt)

I _____ , _____ , certify

Name of ICE Officer                    Title

that I served _____ and the custodian _____ ,

Name of detainee                              Name of Official

with a copy of this document by certified mail at _____ on _____ .

Institution                          Date

(  ) CC:  Attorney of Record or Designated Representative
(  ) CC:  A-File

(Final 10/18/99)

**Warning for Failure to Depart**

| Name:<br><br>**Raymond Priscus  ISSONDA** | District Office:<br>**New Orleans, LA** | File #:<br>**A 096 416 564** |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who –

(A)    willfully fails or refuses to depart from the United States within a period of 90 days * from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B)    willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C)    connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D)    willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any  of the classes described in paragraph (1)(E), (2), (3), (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any Action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

\*    Section 241(a)(1)(C) provides for the extension of the statutory removal period of time if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final:<br>**02/06/2006** | Ordered Removed under Section:<br>**237(a)(1)(B), 237(a)(2)(E)(i)** |
|---|---|

**Record of Service**
**(Check method used)**

(  ) **Record of Personal Service**

| Served By: (Print Name and Title of Officer)<br>*Steven C Davis, DO* | Date: *3/30/06* |
|---|---|
| Officer's Signature:<br>*[signature]* | Location of Service:<br>*FDC Oakdale, LA* |
| Served On: (Alien's Signature)<br>X *Raymond* | Date: *3/30/06* |

(  ) **Warning administered in Court**
**(Copy of order attached)**

**Record of Personal Service (Cont)**

(  ) **Certified Mail Service**

**Fingerprint of Alien (Specify finger used)**

Attach certified mail receipts here

GOVERNMENT
EXHIBIT
11

Form I-229(a)
(Revised 12/04/02)

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

_Mandatory requirements will be checked off by the INS officer depending on the facts of each case._
_Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer._

- [x] Submit passports (current and expired) to the INS. If you have a copy of your passport, you are to submit it.
- [x] Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- [x] Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- [x] Submit to the INS birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- [x] Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- [x] Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- [x] You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- [x] Provide INS with written copies of requests to embassies or consulates requesting issuance of a travel document.
- [x] Provide INS with written copies of responses from embassies or consulates regarding your requests.
- [x] Solicit permission from another country, which may be able to accept you, to effect your removal from the United States.
- [ ] Other: _____

Alien's Signature _X Raymond_  A Number **096 416 564**

> GOVERNMENT
> EXHIBIT
> /2

Served by _____ on _3/30/06_ at _FDC Oakdale, LA._
              Officer's Name                     Date          Location

(Rev. 10/24/02)

·partment of Homeland Security
Oakdale, LA 71463



**U.S. Immigration
and Customs
Enforcement**

May 24, 2006

DHS/ICE
Headquarters Detention and Removal
801 I Street, NW, Suite 800
Washington, DC  20536

RE:  ISSONDA, Raymond Priscus
A96 416 564

Dear Sir or Madam:

Please accept this letter and attachments as a request for assistance in obtaining a travel
document for Mr. Raymond Priscus Issonda, a native and citizen of Tanzania.

Mr. Issonda entered the United States at New York, New York, on February 15, 1999, as a
visitor. He was convicted in the Brockton Trial Court at Brockton, Massachusetts, on June 15,
2005, for the offense of Assault and Battery.    Mr. Issonda is presently in the custody of U.S.
Immigration and Customs Enforcement.

Mr. Issonda was afforded a hearing before an Immigration Judge on February 6, 2006, to answer
the charges on the attached Notice to Appear. As a result of his hearing, Mr. Issonda was
ordered   removed from the United States as documented by the attached order of the
Immigration Judge.

A travel document was requested from  the Embassy of Tanzania on February 16, 2006, which
has produced no results.

GOVERNMENT
EXHIBIT

/ 3

Any assistance you are able to provide in obtaining a travel document for Mr. Issonda will be greatly appreciated.  If we may be of further assistance to you in this matter, please feel free to contact Officer  Lyle Boelens at the above address.

Sincerely,

Scott L. Sutterfield
Assistant Field Office Director

Attachments:  (2) I-217s, photos, copies of IJ Order, NTA, J&C, p/p
OAK:DIDDP:LBOELENS:dlg:052406

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**   **Raymond Priscus ISSONDA**

**AKA(s):**   **Raymond ISSONDRA**

**Date of Birth:**  05/02/1978      **A Number:**  A96 416 564

**Place of Birth:**  Tanzania      **Nationality:**  Tanzania

**Date of Last Arrival:**  02/15/1999    **Place of Arrival:**  New York, NY

**Status at Last Entry:**  B-2 visitor    **Last Date into ICE Custody:**  12/30/2005

**Entered ICE Custody from:**   ☒ **Local, State, or Federal Institution**
**Institution Name/Location:  Plymouth, MA HoC**
**BOP/ Institution Numbers:  24741-265**

☐ **Other:**

**Deportation Case Officer:**  Lyle Boelens
**Contact Phone #:**   (318) 335-0713       **Review Date:  05/10/2006**

**ICE Location Detained and DCO:**  FDC Oakdale, OAK

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**   ☒  Section 237(a)(1)(B), 237(a)(2)(E)(i)
                      ☐  Section 212(a)
                      ☐  Section 241(a)

☒ Under <u>Final Order</u> dated: 02/06/2006, By ☒ IJ ☐ BIA ☐ Other:

☒ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☐ Yes/ Date & Location filed      ☒ No

Stay Issued in Case: ☒ No ☐ Yes/Why and Who Issued

## Legal Representative / Attorney

**G-28 Filed:**   ☐ Yes   ☒ No

**Notification of Review Made:**  ☐ No   ☐ Yes  **By:**

**Name of Representative / Attorney:**

**Mailing Address:**              **Telephone Number:**

**Present during interview:**   ☐ Yes ☐ No

(Rev. 1/19/05)              Page 1

GOVERNMENT
EXHIBIT
14

A96 416 564

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

10/7/05, NTA served on subject.

4/21/05, detainer placed on subject.

2/15/99, entered the U.S. at New York, NY as a B-2 nonimmigrant visitor.

**NCIC Checks:**        ☒ Criminal History        ☐ No record Found
                            (State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

6/15/05, convicted of 2 counts of Assault and Battery, Assault with a Dangerous Weapon, and Violation of Abuse Prevention Order. Sentenced to 11 months in prison.

6/23/04, charged with Possession of a Class B Controlled Substance, to wit: Cocaine. Charge dismissed.

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**   ☐ Yes   ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**   ☐ Yes   ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review**: 05/10/2006

**Date of Detainee Interview**: (optional)

**Location of Interview**:

**Reviewing/Interviewing Officer**: #1: Lyle Boelens

                             #2:

**Interpreter Used:** (If subject was interviewed)   ☐ Yes   ☐ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

## Travel Document Status/History:

List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee):

3/30/06, I-229(a) and Instruction Sheet served on subject.

List ICE's attempts to obtain a travel document and status:

5/10/06, Consular Officer said formal inquiries have been made to the Government of Tanzania regarding subject, and he will check on the status of those inquiries.

5/9/06, left message for Consular Officer.

5/2/06, left message for Consular Officer and secretary.

4/10/06, Consular Officer was unavailable to respond to T/D request.  Secretary stated he would call back to discuss request.

3/28/06, Consular Officer was unavailable to respond to T/D request.  Secretary stated he would check on request and call back.

2/16/06, T/D request sent to the Embassy of Tanzania.

Pending

**Does the detainee have a place to live in the United States?**    ☒ Yes    ☐ No
    Describe:    38 Market Avenue, Port Smith, NH
    (cousin Sixbert PRISCUS)

**Is the detainee subject to any parole or probation requirements?**    ☒ Yes    ☐ No
    Describe:    2 years probation.

**Does the detainee have close family ties within the United States?**    ☒ Yes    ☐ No
    Describe:    Cousin.

**Does the detainee have community ties or non-governmental sponsors?**    ☐ Yes    ☒ No
    Describe:

**Does the detainee have any employment prospects?**    ☒ Yes    ☐ No
    Describe:    Working at a temp agency.

**What is the detainee's employment history?**
    Describe:    Deliveryman for Mac Gray.

**What is the detainee's educational level?**
    Describe:    finished 11th grade.

**Does the detainee have any vocational training?**    ☒ Yes    ☐ No
    Describe:    Air conditioning and refrigeration.

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
    Describe:    None submitted.

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**    ☐ Yes    ☒ No

**Description (to include Date and Source):**

Other documentary evidence for consideration in this review (include any documentation submitted by detainee):

I-213; J & C records; subject's passport.

## Special Circumstances Concerns

Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?

☒ No          ☐ Yes (indicate below):

☐ Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐ Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐ Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐ Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)].  Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.

A96 416 564

## Officer Comments/Analysis & Recommendation

Subject was born in Tanzania in 1978. Subject entered the U.S. as a B-2 visitor in 1999. In 2005, subject was convicted of 2 counts of Assault and Battery, Assault with a Dangerous Weapon, and Violation of Abuse Prevention Order. As a result of his crimes, subject is an aggravated felon, according to INA Section 101(a)(43). The violent nature of subject's criminal activities and the threat of recidivism make him a threat to the community.

The Embassy of Tanzania has indicated that they can issue a travel document for subject once they have received a response to their inquiry about him from the government of Tanzania. Subject's removal is imminent; therefore subject is a flight risk.

Recommend continued detention.

SUBJECT HAS SEVERAL CONVICTIONS FOR CRIMES OF VIOLENCE AND FOR VIOLATING AN ABUSE PREVENTION ORDER. SUBJECT IS A DANGER TO THE COMMUNITY. I RECOMMEND CONTINUED CUSTODY.

---

Reviewing Officer #1
Name/Title:   Lyle Boelens, DO

Date: 05/10/2006
Signature:

Reviewing Officer #2
Name/Title:   Marvin D. McCluskey, SDO

Date: 05/15/06
Signature:

Supervisory Reviewing Officer
Name/Title:   Karen Townsley, AOIC

Date: 5/16/06
Signature:

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐   RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☒   CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐   CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

Resubmit in 90 days

---

ICE Field Office: New Orleans, Louisiana

Signature of Field Office Director:                                    Date: 6-1-06

Deciding Official Name:        Craig S. Robinson



U.S. Department of Homeland Security
1010 East Whatley Road
Oakdale, LA 71463



## U.S. Immigration and Customs Enforcement

June 27, 2006

ISSONDA, Raymond Priscus
A96 416 564
BOP # 24741-265
FDC Oakdale
P.O. Box 5010
Oakdale, LA 71463

### Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to the reviewing officials.

You are a native of Tanzania and a citizen of Tanzania. You entered the U.S. as a nonimmigrant visitor in 1999. In 2005 you were convicted of Assault and Battery, Assault with a Dangerous Weapon, and Violation of Abuse Prevention Order. You were ordered removed by the Immigration Judge on February 6, 2006. Because of the serious nature of your convictions, you are considered a danger to the community.

The Embassy of Tanzania has indicated that they will issue a travel document for you once they have received a response to their inquiry regarding your identity from the government of Tanzania. The likelihood of obtaining a travel document for your removal in the near future makes you a flight risk, pursuant to 8 CFR 241.4.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

GOVERNMENT
EXHIBIT

15

**Decision to Continue Detention**
A96 416 564, ISSONDA, Raymond Priscus

Page 2

This decision does not preclude you from bringing forth evidence in the future to demonstrate a good reason why your removal is unlikely. Your file will be reviewed again on or before *August 7, 2006*. Any documentation you wish to be considered during this review should be sent to Deportation Officer John Hartnett at the above address.

_Steven P. Boll_ mon
Signature and Title of Deciding Official

_06/30/06_
Date

Decision to Continue Detention
A96 416 564, ISSONDA, Raymond Priscus

Page 3

---

## PROOF OF SERVICE

**(1)**     **Personal Service (Officer to complete both (a) and (b) below.)**

       **(a)**     I _____ *John Lyle* _____, _____ Deportation Officer _____,

                             Name of ICE Officer                      Title

certify that I served _____ Raymond Priscus ISSONDA _____ with a copy of

                                     Name of detainee

this document at _____ *FDC Oakdale* _____ on _*07/07/06*_, at _*0840*_.

                         Institution                      Date           Time

       **(b)**     I certify that I served the custodian _____,

                                            Name of Official

_____, at _____, on

       Title                              Institution

_____ with a copy of this document.

     Date

## OR

**(2)**     **Service by certified mail, return receipt. (Attach copy of receipt)**

         I _____, _____, certify

                          Name of ICE Officer                      Title

that I served _____ and the custodian _____

                       Name of detainee                          Name of Official

with a copy of this document by certified mail at _____ on _____.

                                            Institution                   Date



Department of Homeland Security
1010 East Whatley Road
Oakdale, LA 71463



**U.S. Immigration
and Customs
Enforcement**

September 7, 2006

Embassy of Tanzania
2139 R Street, NW
Washington, DC  20008

RE:  ISSONDA, Raymond Priscus
A96 416 564

Dear Sir or Madam:

Please accept this letter with enclosed documents as a request for a travel document on behalf of Mr. Raymond Priscus Issonda, a native and citizen of Tanzania.

Mr. Issonda entered the United States at New York, New York, on February 15, 1999, as a visitor.

Mr. Issonda was convicted in the Brockton Trial Court at Brockton, Massachusetts, on June 15, 2005, for the offense of Assault and Battery.  Mr. Issonda is currently in our custody.

Mr. Issonda was afforded a hearing before an Immigration Judge on February 6, 2006 to answer the charges on the attached Notice to Appear.  As a result of his hearing, Mr. Issonda was ordered removed from the United States as documented by the attached order of the Immigration Judge.

Mr. Issonda will be scheduled to depart the United States upon receipt of a travel document.

GOVERNMENT
EXHIBIT
/ 6

If we may be of further assistance to you in this matter, please feel free to contact Officer Joel Hartnett at the above address.

Sincerely,

Scott L. Sutterfield
Assistant Field Office Director

Department of Homeland Security
Oakdale, LA 71463



**U.S. Immigration
and Customs
Enforcement**

September 7, 2006



9/8/06 sz

MEMORANDUM FOR:    Field Office Director Steven P. Boll

THROUGH:    Proper Channels

FROM:    J. Joel Hartnett
Deportation Officer

SUBJECT:    POCR #2
Raymond Priscus ISSONDA; Tanzania DOB: 5/2/1978; A96 416 564

A POCR was last written for the subject on May 10, 2006. On June 1, 2006, Field Office Director Craig Robinson rendered a "Continue in Custody – Retain Custody Jurisdiction" decision, and directed that the POCR be resubmitted in 90 days.

Since that time, efforts to acquire a travel document have continued. Efforts have consisted of the following:

- 15 Failed attempts to telephonically contact the consulate
- 6 Successful telephonic follow-ups with the consulate
- 2 Alien – Consulate interviews have been arranged and conducted
- 1 additional (final) Consulate – alien interview has been scheduled for September 11, 2006
- 1 HQ-DRO/TDU assist letter has been submitted (May 24, 2006)
- 1 Duplicate TD request was faxed to the Consulate (September 7, 2006)
- 1 Duplicate TD request has been prepared (September 7, 2006) – will DHL 9/8/2006

Conversations and contact with the Consulate are difficult, but possible. He plays the same game every time, stating that he needs an interview and cannot locate the TD application. Finally on today's date I was stern and frank, concerned with the progress of this case, as his predecessor was on safari, in meetings, or fingerprinting for the first three months this case was presented to his office, I that I need to, at minimum, confirm he received the funds that were sent and received in his office on March 8, 2006. Once I had his attention, he gave me his. He apologized, did not realize the case had been pending for so long, now remembers interviewing the subject, thinks he is Tanzanian, asked for our proof of delivery (which I faxed – with a duplicate application), and stated that he has some concern about his citizenship, since his mother lives in Uganda. I stated that the original and expired passport was also sent to him (per our records – I was not the docket officer at that time), and that we have very good copies with the utilized one-entry U.S. Visa (also faxed to

GOVERNMENT
EXHIBIT

17

Memo Continued
September 7, 2006
Page 2 of 2
POCR #2 A96 416 564
From: Joel Hartnett – Deportation Officer

him). He reluctantly requested one "final" interview, stating that with a copy of the passport he will issue a TD and put a close to this case – assuming that the subject "wants to go."

In addition to these efforts, the victim of his criminal offense (Domestic Assault & Battery), has been in contact with this officer. She states that she has been in contact with the consulate, and is also attempting to acquire a travel document and/or passport for the subject, and will pay for his airline ticket if need be. She has asked that the subject not be released under any circumstances. NOTE: A-File is in fact flagged as a "Victim Notification Case."

Given the fact of this case, subject is seen as a threat to society, with members of society calling and expressing their fears about their own personal safety if the subject is released. Subject is seen as a threat to society.

Subject has not knowingly hampered his removal, but he has not assisted in the acquisition of a travel document, and has had ample opportunity to do so (two interviews with the consulate).

Based on the last and previous conversations with the Consulate, issuance of a TD appears quite imminent.

Based on the afore-mentioned, I strongly recommend continued detention.

A096 416 564

## Officer Comments / Analysis & Recommendation

See attached memo (two pages).

*Consulate has reluctantly agreed to issue a T/D. As removal appears imminent I recommend continued detention.*

*BKGueringer*

---

| | | | |
|---|---|---|---|
| Reviewing Officer #1<br>Name/Title: | **Joel Hartnett** , **DO** | Date:<br>Signature: | 9-7-2006 |
| Reviewing Officer #2<br>Name/Title: | **Brian K. Gueringer, ASDO** | Date:<br>Signature: | 9/8/06 |
| Supervisory Reviewing Officer<br>Name/Title: | **Marvin McCluskey, AOIC**<br>AODM | Date:<br>Signature: | 09/08/06    I CONCUR |

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐    CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

ICE Field Office:    **New Orleans, Louisiana**

Signature of Field Office Director: _____    Date: _____

Deciding Official Name:

(Rev. 1/19/05)                    Page  7

JAMHORI YA MUUNGANO WA TANZANIA
*UNITED REPUBLIC OF TANZANIA*

9/15/06

**NO:AB  0220147**



### SHAHADA YA DHARURA
### Emergency Travel Document

RN. ...............

MAELEZO:
*DESCRIPTION:*

Jina la mwenye shahada ..... MR. RAYMOND PRISCUS ISSONDA.
*Name of Bearer*

Anwani : IOIO E. WHATLEY RD., OAKDALE - LA 71463
*Address:*

Kazi : DEPORTEE.
*Occupation:*

Mahali pa kuzaliwa : DSALAAM .......... Tarehe ya kuzaliwa O2 MAY, 1978
*Place of Birth:* .......... *Date of birth*

Urefu: 71 cms. .... Rangi ya macho. BROWN .... Rangi ya nywele BLACK
*Height:* .... *Colour of Eyes* .... *Colour of Hair*

Alama isiyo ya kawaida : TATTOOS RT. CALF, IT ARM, RIGHT ARM.
*Special peculiarities/distinguishing marks:*

Maelezo ya Ziada: SUBJECT UNDER DEPORTATION ORDER.
*Special observations:*

Nchi ambazo shahada hii inaweza kutumika: SINGLE JOURNEY TO TANZANIA.
*Countries for which this Travel Document is valid:*

Shahada hii ya dharura ni kwa safari ya kwenda na kurudi katika kipindi cha: SIX MONTHS.
*This Travel Document is valid for a single /return/Multiple/Journey within:*

Hii ni kuthibitisha kwamba mwenye jina hilo hapo juu:
*This is to certify that the above named:*

Ameniamka mbele yangu kwamba yeye ni raia wa: TANZANIA
*'has declared to me that he/she is a citizen of':*

na kwamba mimi sina sababu ya kuyatilia mashaka maelezo yake:
*and that I have no reason to doubt his/her statement:*

Kuwa na shahada hii siyo ushahidi kamili wa uraia. Kadhalika hakuufanyi mwenye kuwa nayo asameheke  a
nufuata kanuni zozote za Uhamiaji zinazotumika katika nchi anayokwenda au kusameheka na lazima ya kupata V za
inapotakikana.

*The Possession of this Travel Document is not conclusive evidence of National Status and does not exempt the . older
'rom compliance with any Immigration Regulation in the country of destination or from necessity of obtaining a visa when rec tired.*

PREVIOUSLY TRAVELED ON
PPT # A 0180987 ISSUED AT DAR
NOW EXPIRED.



GOVERNMENT
EXHIBIT
A