U.S. Department of Justice
Immigration and Naturalization Service

Warrant of Removal/Deportation

| | |
|---|---|
| 1010 East Whatley Road<br>Oakdale, LA 71463 | File No: A096 416 564 |
| | Date: 02/16/2006 |

**To any officer of the United States Immigration and Naturalization Service:**

Raymond Priscus  **ISSONDA**

(Full name of alien)

aka:

who entered the United States at _____ New York, New York _____ on _____ 02/15/1999 _____

(Place of entry)          (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation or removal proceedings

☐ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Sections 237(a)(1)(B) and 237(a)(2)(E)(i) of the Immigration and Nationality Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Transportation company which brought him to the United States, if practicable; otherwise at the expense of the appropriations "Salaries and Expenses, Immigration and Naturalization Service, 2006" including the expense of an attendant if necessary.

_Scott L. Sutterfield_
Scott L. Sutterfield
(Signature of INS official)

Assistant Field Office Director
(Title of INS official)

02/21/06          Oakdale, Louisiana
(Date and office location)

**RETURN EXECUTED I-205 TO:**

Immigration and Customs Enforcement
1010 East Whatley Road
Oakdale, LA 71463

Form I-205 (Rev. 4-1-97) N

# Warning to Alien Ordered Removed or Deported

File No: A096 416 564

Date: 02/16/2006

Alien's full name: Raymond Priscus ISSONDA

aka:

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☒ For a period of 10 years from the date of your departure from the United States because you have been found:
  ☒ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

---

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

(Signature of officer serving warning)     (Title of Officer)     (Location of INS office)

Form I-294 (Rev. 6-1-97)N

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1900 E. WHATLEY RD. POBOX 750
OAKDALE, LA 71463

In the Matter of:                    Case No.: A96-416-564
ISSONDA, RAYMOND PRISCUS

                                     IN REMOVAL PROCEEDINGS
RESPONDENT

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the
respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States
to TAnzania                                    on the charge(s) contained in the N
Appear.

If you fail to appear for removal at the time and place ordered by the INS,
other than because of exceptional circumstances beyond your control (such as
serious illness of the alien or death of an immediate relative of the alien,
but not including less compelling circumstances), you will not be eligible
for the following forms of relief for a period of ten (10) years after the date
you were required to appear for removal:

    (1)   Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    (2)   Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    (3)   Adjustment of status or change of status as provided for in section
          245, 248 or 249 of the Immigration and Nationality Act.

                                        James C. Nugent
                                        JAMES NUGENT
                                        Immigration Judge
                                        Date:  Feb 6, 2004

Appeal: WAIVED  (A/I/B)
Appeal Due By:

-------------------------------------------------------------------------
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] Alien's Att/REP  [ ] INS
DATE:  2/6/06     BY: COURT STAFF  O.B.
      Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other


Form EOIR 7 - 4T (REMOVAL Order)
PAB

ABUSE PREVENTION O...     DOCKET NO.    0415 RO 808

| PLAINTIFF'S NAME | Defendant's Name and Address | Alias, if any | | |
|---|---|---|---|---|
| YVONNE GOODMAN | RAYMOND ISSONDRA | | | |
| NAME & ADDRESS OF COURT | 23 Kingman Ave. PHOG Brockton, MA | Date of Birth 5/2/78 | | Place of Birth |
| Brockton District Court 215 Main Street Brockton, MA 02301 | | SS # | | Daytime Phone # ( |
| | Sex ☒ M ☐ F | Mother's Maiden Name (First & Last) | | |
| | | Father's Name (First & Last) | | |

## VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☐ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.    ☐ This Order was communicated by telephone from the Judge named below to:
Police Dept._____ Police Officer_____

☒ **1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly.

☒ **2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF,** except as permitted in 8 below or for notification of court proceedings as permitted in this section, either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least **100** yards from the Plaintiff even if the Plaintiff seems to allow or request contact. Notification of court proceedings is permissible only by mail, or by sheriff or other authorized officer when required by statute or rule.

☒ **3. YOU ARE ORDERED** ~~Plaintiff's Personal &~~ ... AWAY FROM THE PLAINTIFF'S RESIDENCE, except as permitted in 8 below, located at ~~Confidential Information~~ wherever else you may have reason to know the Plaintiff may reside. The Court also ORDERS you (a) not to ... t residence to the Plaintiff, (b) not to damage any belongings of the Plaintiff or any other occupant, (c) not to, shut off or cause to be shut off any utilities or mail delivery to the Plaintiff, and (d) not to interfere in any way with the Plaintiff's right to poss~~has been removed~~ by appropriate legal proceedings.

   ☒ If this box is checked, the Court also ORDERS you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ **4. PLAINTIFF'S ADDRESS IMPOUNDED.** The Court ORDERS that the address of the Plaintiff's residence is to be impounded by the Clerk-Magistrate or Register of Probate so that it is not disclosed to you, your attorney, or the public.

☐ **5. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at_____

☒ **6. CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | | DOB | | NAME | | DOB |
|---|---|---|---|---|---|---|
| DAZARIAH ISSONDRA | | 7/16/01 | | | | |
| DANAKAH ISSONDRA | | 2/2/04 | | | | |

☒ **7. YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW,** either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least **100** yards away from them unless you receive written permission from the Court to do otherwise.
   ☐ You are also ordered to stay away from the following school, day care, other:_____

| NAME | | DOB | | NAME | | DOB |
|---|---|---|---|---|---|---|
| CHILDREN LISTED IN #6 ABOVE | | | | | | |

☐ **8. VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):

_____

   ☐ Visitation is only allowed if supervised and in the presence of _____ at the following times _____ to be paid for by _____

   ☐ Transportation of children to and from this visitation is to be done by _____ (third party), and not by you.

   ☐ You may contact the Plaintiff by telephone only to arrange this visitation.

☐ **9. YOU ARE ORDERED TO PAY SUPPORT** for ☐ the Plaintiff and ☐ your child or children listed above, at the rate of $_____ per ☐ week or per ☐_____, beginning_____, 20____ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court ☐ through the Massachusetts Department of Revenue ☐ by income assignment.

☐ **10. YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed by the Plaintiff.

☐ **11. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20____ ☐ directly to the Plaintiff ☐ through the Probation Office of this Court.

☒ **12. THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER to the BROCKTON**_____ Police Department all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
   ▸ You may ask the Court to change this Order by going to the Court and ~~Plaintiff's Personal &~~ schedule a hearing on your petition.
   ▸ You must immediately surrender the items listed above, and also comply with all other Orders in this case, whether or not you file a petition.
   ▸ If you need a firearm, rifle, shotgun, machine gun, or ammuniti... ~~Confidential Information~~ ...thin two days.

☒ **13. YOU ARE ALSO ORDERED** _____ **TO STAY AWAY FROM .** ~~has been removed~~     **A True Copy Attest:**
_____ from this copy

The Plaintiff must appear at scheduled hearings, or this Order may be vacated. The Defendant ... ...rt attorney, to oppose any extension or modificat-
...ter. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may
...t to modify this Order before its scheduled expiration date.

J (9/95)     Clerk of Sai...     **COURT** (

ABUSE PREVENTION ORDER (208A) Page 2 | DOCKET NO. | COURT OF MASSACHUSETTS

14. Police reports are on file at the _____ Police Department.

15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
_____ (DOCKET #s) _____ (PCF #)

☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to _____ Police
Department(s) by ☐ telephone ☐ other _____ .

☐ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
☐ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee:  Name _____ Date _____

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: |
| | | | at 4 P.M. | at ____ ☐ A.M. ☐ P.M.  in Courtroom ___ |

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

SIGNATURE/NAME OF JUDGE

☒ **C. PRIOR COURT ORDER EXTENDED.**
After a hearing at which the Defendant ☒ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____ , 20 ____ shall continue in effect until the next expiration date below ☐ without modification
☐ with the following modification(s):

_____
☒ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☒ P.M. | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: 7/25/05 |
| 1/25/05 | 12 | | 7/25/05  at 4 P.M. | at 9  ☒ A.M. ☐ P.M.  in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

☐ **D. FURTHER EXTENSION.**
After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____ , 20 ____ shall continue in effect until the next expiration date below ☐ without modification
☐ with the following modification(s):

_____
☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: |
| | | | at 4 P.M. | at ____ ☐ A.M. ☐ P.M.  in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

☐ **E. PRIOR COURT ORDER MODIFIED.**
Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated _____ , 20 ____ shall be modified as indicated below:

_____
☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER | NEXT HEARING DATE: |
| | | | at 4 P.M. | at ____ ☐ A.M. ☐ P.M.  in Courtroom ___ |

SIGNATURE/NAME OF JUDGE

☐ **F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

SIGNATURE/NAME OF JUDGE

| | DATE OF ORDER | TIME OF ORDER | ☐ A.M. ☐ P.M. |
| | **A True Copy Attest:** | | |

WITNESS - FIRST OR CHIEF JUSTICE

A true copy, attest (Asst.) Clerk/Magistrate/ (Asst.) Register of Probate

_Kevin F. Kueton_

FA 2a (9/95)

Clerk of Said Court

COURT COPY

ABUSE PREVENTION ORDER     DOCKET NO.     COURT OF MASSACHUSETTS

14. Police reports are on file at the_____Police Department.

15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

_0415 CR 008317_____(DOCKET #s)_____(PCF #)

☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to_____Police
Department(s) by ☐ telephone ☐ other_____.

☐ **B. NOTICE TO LAW ENFORCEMENT.**
1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.
☐ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee: Name_____Date_____

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at___ ☐ A.M. ☐ P.M. in Courtroom___ |
|---|---|---|---|
| The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. | | | SIGNATURE/NAME OF JUDGE |

☒ **C. PRIOR COURT ORDER EXTENDED.**

After a hearing at which the Defendant ☒ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated __11-19__, 20 _04_ shall continue in effect until the next expiration date below ☒ without modification
☐ with the following modification(s):

___With AS assent - this Order is Extended___
___Wort modification (π = presently hospitalized)___

☒ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER 11-24-04 | TIME OF ORDER 12:35 ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER 12-21-04 at 4 P.M. | NEXT HEARING DATE: 12-21-04 at 8:45 ☒ A.M. ☐ P.M. in Courtroom___ |
|---|---|---|---|
| SIGNATURE/NAME OF JUDGE R-D | | | |

☒ **D. FURTHER EXTENSION.**

After a hearing at which the Defendant ☐ appeared ☒ did not appear, the Court has ORDERED that the prior Order dated __11/24/04__ 20___ shall continue in effect until the next expiration date below ☒ without modification
☐ with the following modification(s):

_____

☒ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER 12/21/04 | TIME OF ORDER 9 ☒ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER 1/25/05 at 4 P.M. | NEXT HEARING DATE: 1/25/05 at 9___ ☒ A.M. ☐ P.M. in Courtroom___ |
|---|---|---|---|
| SIGNATURE/NAME OF JUDGE | | | |

☐ **E. PRIOR COURT ORDER MODIFIED.**

Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated_____, 20_____
shall be modified as indicated below:

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE at___ ☐ A.M. ☐ P.M. in Courtroom___ |
|---|---|---|---|
| SIGNATURE/NAME OF JUDGE | | | |

☐ **F. PRIOR COURT ORDER VACATED.**
This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. |
|---|---|---|
| | | **A True Copy Attest:** |

| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk Magistrate/ (Asst.) Register of Probate |
|---|---|
| | Kevin P. Gordon |

FA 2a (9/95)       Clerk of Said Court

COURT COPY

| ABUSE PREVENTION O. (G.L. c. 209A) Page 2 of 2 | 0415 RO 808 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

14. Police reports on file at the_____Police Department.

15. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:

_____(DOCKET #s) _____(PCF #)

☐ 16. An imminent threat of bodily injury exists to the petitioner. Notice issued to_____Police
Department(s) by ☐ telephone ☐ other_____

☐ **B. NOTICE TO LAW ENFORCEMENT.**

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, service may instead be made by leaving such copies at the Defendant's address shown on Page 1 but only if the officer is unable to deliver such copies in hand to the Defendant.

☑ 2. Defendant Information Form accompanies this Order.

☐ 3. Defendant has been served in hand by the Court's designee:  Name_____Date_____

| DATE OF ORDER 11/16/04 | TIME OF ORDER 4:05 ☐ A.M. ☒ P.M. | EXPIRATION DATE OF ORDER 11-19-04 at 4 P.M. | NEXT HEARING DATE: 11-19-04 at 8:45 ☒ A.M. ☐ P.M. in Courtroom____ |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated.

SIGNATURE/NAME OF JUDGE  R.D.

☒ **C. PRIOR COURT ORDER EXTENDED.**

After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated __11-16__, 20 _04_ shall continue in effect until the next expiration date below ☑ without modification

☐ with the following modification(s): extended w/ at objection (per D's atty.- J. Darrell)

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER 11-19-04 | TIME OF ORDER 2:41 ☐ A.M. ☒ P.M. | EXPIRATION DATE OF ORDER 11-23-04 at 4 P.M. | NEXT HEARING DATE: 11-23-04 at 11:00 ☒ A.M. ☐ P.M. in Courtroom____ |
|---|---|---|---|

SIGNATURE/NAME OF JUDGE  R.D.N.

☐ **D. FURTHER EXTENSION.**

After a hearing at which the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated_____, 20____ shall continue in effect until the next expiration date below ☐ without modification

☐ with the following modification(s):

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER 11/23/04 | TIME OF ORDER 11:04/04 ☐ A.M. ☐ P.M. 9:30 | EXPIRATION DATE OF ORDER 11/24/04 at 4 P.M. | NEXT HEARING DATE: 11/24/04 at 8:45 ☒ A.M. ☐ P.M. in Courtroom____ |
|---|---|---|---|

SIGNATURE/NAME OF JUDGE  Leonard

☐ **E. PRIOR COURT ORDER MODIFIED.**

Upon motion by the ☐ Plaintiff ☐ Defendant and after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear, the Court has ORDERED that the prior Order dated_____, 20____ shall be modified as indicated below:

_____

☐ Return of items ordered surrendered or suspended in A.12. on Page 1 presents a likelihood of abuse to the Plaintiff.

| DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER at 4 P.M. | NEXT HEARING DATE: at____ ☐ A.M. ☐ P.M. in Courtroom____ |
|---|---|---|---|

SIGNATURE/NAME OF JUDGE

☐ **F. PRIOR COURT ORDER VACATED.**

This Court's prior Order is vacated. Law enforcement agencies shall destroy all records of such Order.
☐ VACATED AT PLAINTIFF'S REQUEST.

| SIGNATURE/NAME OF JUDGE | DATE OF ORDER  A True Copy Attest: | TIME OF ORDER ☐ A.M. ☐ P.M. |
|---|---|---|

| WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest: Kevin F. Killian (Asst.) Clerk Magistrate/ (Asst.) Register of Probate  Clerk of Said Court |
|---|---|

FA 2a (9/95)

COURT COPY

| AFFIDAVIT | Describe in detail the most recent incidents of abuse. The Judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also describe any history of abuse, with as much of the above detail as possible. |

On or about _11/16_, 20_04_ the Defendant _Raymond Issomch_

& I got into an arguement & he
started punching, he threw me down
on the bathroom floor I hit the
towel rack & fell on the floor.
I couldn't breathe because he
was choking me. My 3 year old
came & said "let my momma go
stop it". He kicked me some
more.
   I called the police they came
out he ran off.

Victated to
Sexeplan Advocate

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

DATE SIGNED
_11/16/04_

PLAINTIFF'S SIGNATURE
X _Yronne L Goodman_

WITNESSED BY
X _____

PRINTED NAME OF WITNESS

TITLE/RANK OF WITNESS

A True Copy

_Kenny P._



## ISSUES PERTAINING TO CHILDREN

A. **RELATED PROCEEDINGS.** Is there any proceeding that the Plaintiff knows of or has participated in which is pending or has been concluded in any Court in the Commonwealth or any other state or country involving the care or custody of the child or children of the parties?    ☐ YES    ☒ NO
If Yes, the Plaintiff shall complete and file with this Complaint an Affidavit Disclosing Care or Custody Proceedings as required by Trial Court Uniform Rule IV, and provide copies of documents required by the Rule. This Affidavit and related information are available from the office of the Clerk-Magistrate or Register of Probate of the Court.

B. **RELATED PROCEEDINGS.** Are there any prior or pending court actions in any state or country involving the Plaintiff and the Defendant for paternity:    ☐ YES    ☒ NO

C. **CUSTODY.**
The Plaintiff may not obtain an Order from the Boston Municipal Court or a District or Superior Court for custody if there is a prior or pending Order for custody from the Probate and Family Court or Juvenile Court.
☐ I request custody of the following minor child or children of the parties:

| NAME | DATE OF BIRTH | NAME | DATE OF BIRTH |
|------|---------------|------|---------------|
| Dazxeiah Issonda | 7/16/01 | | |
| Danakah Issonda | 2/2/04 | | |

D. **CONTACT WITH CHILDREN.** I ask the Court to order the Defendant not to contact the following child or children unless authorized to do so by the Court:

| NAME | NAME |
|------|------|
| Dazaeiah Issonda | |
| Donakah Issonda | |

The specific reasons for this request are: _____
_Their Father has been physically_
_abusive to me in front of Children_
_____

If the Plaintiff alleges that the Defendant has abused the above-named child or children, a separate Complaint may be filed on behalf of each child.

E. **VISITATION.** If the Plaintiff is filing this Complaint in the Probate and Family Court, the Plaintiff may request a Visitation Order. Such Orders are not available in other Courts. Regarding visitation, I ask the Court to
   ☐ permit visitation.
   ☐ order no visitation between the Defendant and our minor child or children.
   ☐ permit visitation only at the following visitation center:_____
   _____to be paid for by _____ (name) .
   ☐ permit only visitation supervised by _____ (name)
      at the following times:_____
      _____to be paid for by _____ (name) .
   ☐ order visitation only if a third party, _____ (name) , picks up and
      drops off our minor child or children.

F. **TEMPORARY SUPPORT.**
The Plaintiff may not obtain an Order from the Boston Municipal Court or a District or Superior Court for temporary support if there is a prior or pending Order for support from the Probate and Family Court or Juvenile Court.
☐ I ask the Court to order the Defendant, who has a legal obligation to do so, to pay temporary support for any children in my custody.

| DATE | PLAINTIFF'S SIGNATURE | |
|------|----------------------|---|
| | X | A true copy. Attest: Clerk of Said Court |

FA 1A (9/95)

COURT COPY

**U. S. Department of Justice**

Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A096 416 564

Case No: XBO0610000012

In the Matter of:

Respondent: Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND _____ currently residing at:

PLYMOUTH COUNTY HOC 26 LONG POND ROAD
PLYMOUTH MASSACHUSETTS 02360                                    (508)830-6200

                       (Number, street, city state and ZIP code)                                (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

      See Continuation Page Made a Part Hereof

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

      See Continuation Page Made a Part Hereof

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
JFK Federal Building 15 New Sudbury Street Room 320 Boston MASSACHUSETTS US 0220

                                               (Complete Address of Immigration Court, Including Room Number, if any)

on a date to be set     at a time to be set to show why you should not be removed from the United States based on the
      (Date)            (Time)

charge(s) set forth above.

                                    GREGORY NEVANO
                                    GROUP SUPERVISOR
                                  (Signature and Title of Issuing Officer)

Date: October 4, 2005                  Boston, MA
                                     (City and State)

**See reverse for important information**

Form I-862 (Rev. 3/22/99)N

# Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____          Date: _____
(Signature and Title of INS Officer)

---

### Certificate of Service

This Notice to Appear was served on the respondent by me on ___10/7/05___, in the following manner and in
(Date)
compliance with section 239(a)(1)(F) of the Act:

☒ in person          ☐ by certified mail, return receipt requested          ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the **English** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          _____
(Signature of Respondent if Personally Served)          MARK ANNOTT
                                                        IMMIGRATION ENFORCEMENT AGENT
                                                        (Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

| Alien's Name | File Number | Date |
|---|---|---|
| Raymond Priscus ISSONDA | Case No: XB00610000012<br>A096 416 564 | October 4, 2005 |

The Service alleges that you:

1) You are not a citizen or national of the United States;

2) You are a native of Tanzania and a citizen of Tanzania;

3) You were admitted to the United States at New York City, New York, on or about February 15, 1999 as a nonimmigrant visitor with authorization to remain in the United States for a temporary period not to exceed August 14, 1999;

4) You remained in the United States beyond August 14, 1999 without authorization from the Immigration and Naturalization Service;

5) You were, on June 15, 2005, convicted in the Brockton Trial Court at Brockton, Massachusetts, for the offense of Assault and Battery, in violation of Massachusetts General Laws Chapter 265 Section 13A(b);

6) That offense was committed against Yvonne GOODMAN, a person who is similarly situated to your spouse and protected from your acts by the domestic or family violence laws of the Commonwealth of Massachusetts pursuant to Massachusetts General Laws Chapter 209A.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in that you are an alien who at any time after entry has been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment.

| Signature | Title |
|---|---|
| GREGORY NEVANO | GROUP SUPERVISOR |

Form I-831 Continuation Page (Rev. 6/12/92)

## DOCKET CONTROL DETERMINATION SHEET

BOPN: __24741-265__

DOCN: _____

A#: __096 416 564__

CMC: [ ] YES [ ] NO

ERD: _____

NAME: _____ **Raymond Priscus  ISSONDA** _____

AKA: __Raymond ISSONDRA__

SUBJECT (IS / IS NOT) IN CUSTODY AT __FDC_____

LAST KNOWN ADDRESS: __P.O. Box 5010,__     __Oakdale, LA 71463__

AS OF _____ __01/24/2006__ _____ (DATE).

ORIGINAL CHARGING DOCUMENT     [X]  NTA, I-200 AND 286 SERVED ON OIJ OAK

[ ]  NTA AND PAROLE REVOKE SERVED OIJ

[ ]  NTA ONLY SERVED OIJ

ON _____ __01/30/2006__ _____ BY _____ **Lyle Boelens** _____

DATE     OFFICER

LANGUAGE: _____ **English** _____

IHP: [ ] YES [X] NO     [ ] FEDERAL [ ] STATE

[ ] INADMISSABLE

[X] REMOVABLE

[ ] REQUEST BOND RE-DETERMINATION

[ ] REQUEST PROMPT HEARING

[ ] OTHER

U.S. Department of Justice

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: XB00610000012

File No. A096 416 564

Date: October 4, 2005

## To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:

Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND

(Full name of alien)

an alien who entered the United States at or near New York City, New York _____ on

(Port)

February 15, 1999 _____ is within the country in violation of the immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

I ACKNOWLEDGE RECEIPT OF
THIS NOTICE x _Raymonde_

(DATE)

DEC 30 2005

_____
(Signature of authorized INS official)

GREGORY NEVANO
_____
(Print name of official)

GROUP SUPERVISOR
_____
(Title)

---

## Certificate of Service

Served by me at South Bay _____ on DEC 30 2005 at 11:38 _____.

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
(Signature of officer serving warrant)

I.E.A.
_____
(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

U.S. Department of Justice

Immigration and Naturalization Service

# Notice of Custody Determination

| | |
|---|---|
| Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND<br><br>PLYMOUTH COUNTY HOC<br>26 LONG POND ROAD<br>PLYMOUTH, MA 02360 | Case No: XBO0610000012<br>File No: A096 416 564<br><br>Date: 10/04/2005 |

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.

☐ released under bond in the amount of $_____.

☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

GREGORY NEVANO
_____
(Signature of authorized officer)

GROUP SUPERVISOR
_____
(Title of authorized officer)

Boston, MA
_____
(INS office location)

☐ I do ☒ do not request a redetermination of this custody decision by an immigration judge.

☒ I acknowledge receipt of this notification.

_____
(Signature of respondent)

DEC 30 2005
_____
(Date)

---

## RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge     ☐ District Director     ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

☐ No change - Original determination upheld.          ☐ Release-Order of Recognizance

☐ Detain in custody of this Service.                       ☐ Release-Personal Recognizance

☐ Bond amount reset to _____                ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

U.S. Department of Justice
Case 2:06-cv-01365-9TT-APW   Document 8-4   Filed 09/26/06   Page 16 of 31 PageID #: 34
Immigration and Naturalization Service                                    Notice to EOIR: Alien Address

| DATE: | January 30 2006 | File No: | A096 416 564 |
|---|---|---|---|
| | | Bop No: | 24741-265 |

**TO:** OFFICE OF THE IMMIGRATION JUDGE
Executive Office for Immigration Review

1900 East Whatley Road
Oakdale, LA  71463

**FROM:** OFFICE OF THE DISTRICT DIRECTOR
Immigration and Naturalization Service

1010 East Whatley Road
Oakdale, LA  71463

**RESPONDENT:**   **Raymond Priscus**          **ISSONDA**

---

This is to notify you that this respondent is:

☐ Currently incarcerated by other than INS. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by INS (Form I-247) has been served with the institution shown below.  He/she is incarcerated at:

His/her anticipated release date is:  _____

☒ **Currently detained by INS at:**   Federal Detention Center, Oakdale, LA.   Charging document will be filed with the OIJ's office in Oakdale, LA. Copy of this form has been given to the respondent for notification of jurisdiction/commencement of proceedings as required per CFR 3.14.

☐ Currently detained by INS and transferred this date to a new location:  _____

---

**INS Motion for Change of Venue attached.**   ☐ Yes   ☐ No

☐ Released from INS custody on the following condition (s):
   ☐ Personal Recognizance
   ☐ Order of Recognizance (Form I-220A)
   ☐ Bond in the Amount of _____   ☐ Surety bond      ☐ Cash bond
   ☐ Other
☐ Upon release from INS custody, the respondent reported his/her address and telephone number will be:

_____

_____

☐ Upon release from INS custody, the respondent was reminded of the requirements contained in Section 239(a)(1) (F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address form (EOIR-33).

| _signature_ | **Deportation Officer** |
|---|---|
| Signature-INS Officer | Title-INS Officer |
| **Lyle Boelens** | **Oakdale, Louisiana** |
| Printed Name of INS Officer | Location |

| RECORD OF CRIMINAL CASE | DOCKET NO. 0415 CR 008317 | The Court of Massachusetts District Court Department |
|---|---|---|

| DEFENDANT NAME | COURT NAME & ADDRESS |
|---|---|
| RAYMOND ISSONDRA | BROCKTON DISTRICT COURT |
| DEFENDANT ALIAS(ES) | 215 MAIN ST P.O. BOX 7610 |
| | BROCKTON MA 02303-7610 |
| | (508) 587-8000 |

| DEFENDANT ADDRESS | CITY / TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 30 EAST ASHLAND STREET #2 | BROCKTON | MA | 02302 |

| SEX | DATE OF BIRTH | CITY OF BIRTH | STATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| M | 5/02/78 | TANZANIA | AC | 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 |

| MOTHER'S MAIDEN NAME | FATHER'S NAME |
|---|---|
| KAMATHA, WINNIE | PRISCUS |

| PCF NO. | SID NO. | DRIVERS LICENSE NO. | LICENSE STATE |
|---|---|---|---|
| 2865409 | | 624 11 6209 | MA |

## CASE INFORMATION

| NO. COUNTS | POLICE DEPT | POLICE INCIDENT NO. | OFFENSE LOCATION | ARREST DATE | MV CITATION NO. |
|---|---|---|---|---|---|
| 6 | BRO | 04014584 | BROCKTON | 11/16/04 | |

| CURRENT DEFENSE ATTORNEY | ATTORNEY TYPE |
|---|---|
| CPCS - BROCKTON OFFICE | APPOINTED - INDIGENT |

| CURRENT PROSECUTOR | COMPLAINANT |
|---|---|
| | CESARINI, SGT. ANDREW H. |

## OFFENSE AND JUDGMENT INFORMATION

```
COUNT:    1 OFFENSE DATE: NOVEMBER 16, 2004
 265/16          MURDER, ATTEMPTED

JUDGMENT DATE:  3/04/05             JUDGMENT JUDGE: HON. DAVID G. NAGLE JR.
JUDGMENT METHOD: DISMISSED          JUDGMENT: DISMISSED-REQUEST COMPLNT

COUNT:    2 OFFENSE DATE: NOVEMBER 16, 2004
 265/15A/A       A&B WITH DANGEROUS WEAPON

JUDGMENT DATE:  6/15/05             JUDGMENT JUDGE: HON. JAMES F. X. DINNEEN
JUDGMENT METHOD: AMENDED OTH OFF    JUDGMENT: AMENDED TO OTHER OFFENSE

COUNT:    3 OFFENSE DATE: NOVEMBER 16, 2004
 265/15B/A       ASSAULT W/DANGEROUS WEAPON

JUDGMENT DATE:  6/15/05             JUDGMENT JUDGE: HON. JAMES F. X. DINNEEN
JUDGMENT METHOD: GUILTY PLEA        JUDGMENT: GUILTY
JAIL START DATE:  6/15/05      INSTITUTION: PLYMOUTH HOUSE OF CORRECTION
TERM OF SENTENCE:       11 MONTHS
AMOUNT TO BE SERVED:    11 MONTHS
JAIL CREDIT DAYS: 108 CONSECUTIVE TO:              CONCURRENT WITH: COUNT 6

COUNT:    4 OFFENSE DATE: NOVEMBER 16, 2004
 265/13A/B       A&B

JUDGMENT DATE:  6/15/05             JUDGMENT JUDGE: HON. JAMES F. X. DINNEEN
JUDGMENT METHOD: GUILTY PLEA        JUDGMENT: GUILTY
JAIL START DATE:  6/15/05      INSTITUTION: PLYMOUTH HOUSE OF CORRECTION
TERM OF SENTENCE:       11 MONTHS
AMOUNT TO BE SERVED:    11 MONTHS
JAIL CREDIT DAYS: 108 CONSECUTIVE TO:              CONCURRENT WITH: COUNT 6

COUNT:    5 OFFENSE DATE: NOVEMBER 16, 2004
 275/2           THREAT TO COMMIT CRIME
```

| PAGE | DATE RECORD PRINTED | A TRUE COPY | CLERK-MAGISTRATE |
|---|---|---|---|
| 1 | 9/21/05 | | |

CRF21A 9/21/05 12.05 PM

| RECORD OF CRIMINAL CASE | DOCKET NO. 0415 CR 008317 | Trial Court of Massachusetts District Court Department |
|---|---|---|

JUDGMENT DATE: 6/15/05                JUDGMENT JUDGE: HON. JAMES F. X. DINNEEN
JUDGMENT METHOD: GUILTY PLEA          JUDGMENT: GUILTY; FILED

COUNT:   6 OFFENSE DATE: NOVEMBER 16, 2004
  265/13A/B      A&B

JUDGMENT DATE: 6/15/05                JUDGMENT JUDGE: HON. JAMES F. X. DINNEEN
JUDGMENT METHOD: GUILTY PLEA          JUDGMENT: GUILTY
JAIL START DATE: 6/15/05              INSTITUTION: PLYMOUTH HOUSE OF CORRECTION
TERM OF SENTENCE:    11 MONTHS
AMOUNT TO BE SERVED:  11 MONTHS
JAIL CREDIT DAYS: 108 CONSECUTIVE TO:                CONCURRENT WITH:

---

### BAIL/BOND INFORMATION

| BAIL TYPE | BOND AMT SET | CASH AMT SET | DATE SET | JUDGE |
|---|---|---|---|---|
| W/O BAIL | | | 5/17/05 | HON. JAMES F. X. DINNEEN |
| CASH ONLY | | $500.00 | 12/14/04 | SUPERIOR COURT JUDGE |
| W/O BAIL FOR 60 DAYS | | | 2/24/05 | HON. JAMES M. SULLIVAN |

---

### FINES/FEES/COSTS ASSESSED

| COUNT # | FEE CODE DESC | AMOUNT ASSESSED | AMOUNT PAID/WAIVED | BALANCE DUE |
|---|---|---|---|---|
| | COUNSEL FEE | $150.00 | $150.00 | $.00 |
| | TOTAL | $150.00 | $150.00 | $.00 |

---

### PAYMENT HISTORY

| RECEIPT NO. | RECEIPT DATE | RECEIPT AMOUNT | METHOD OF PAYMENT |
|---|---|---|---|
| 149532 | 6/15/05 | $150.00 | REMITTED |

---

### BAIL HISTORY

RECEIPT#:   22972     DATE POSTED: 12/22/2004     AMOUNT POSTED:    $500.00
                      METHOD: CHECK

   SURETY: ISSONDRA, MARTIN P
   RETURNED:            07/26/2005          $500.00  CHECK

---

### DOCKET ENTRIES

| DATE | CODE | DOCKET ENTRY | JDG/MAG | ACTION DATE |
|---|---|---|---|---|
| 11/16/04 | AC | APPLICATION FOR COMPLAINT FILED | | |
| 11/16/04 | ZCI | COMPLAINT ISSUED | KML | |
| 11/16/04 | ARR | ARRAIGNMENT SCHEDULED FOR | | 11/16/04 |
| 11/16/04 | PI | PROBATION INTAKE FORM PRINTED | KML | |
| 11/16/04 | AIC | ACTION IN COURT FORM | | |
| 11/16/04 | BRW | BAIL REVOCATION WARNING (276 §58) GIVEN DEFT | | |
| 11/16/04 | | COURT ORDER FOR PRODUCTION OF RECORDS FILED | | |
| 11/16/04 | | AND ALLOWED | | |
| 11/16/04 | | MOTION FOR DETENTION FILED AND ALLOWED | | |

---

| PAGE | DATE DOCKET PRINTED | A TRUE COPY | ATTEST: MAGISTRATE |
|---|---|---|---|
| 2 | 9/21/05 | | |

CRF21B 9-21-05 12:05 PM

**RECORD OF CRIMINAL CASE**   DOCKET NO. **0415 CR 008317**   Trial Court of Massachusetts 
**District Court Department**

| | | | | |
|---|---|---|---|---|
| 11/16/04 | ARRH | ARRAIGNMENT HELD | RDS | 11/16/04 |
| 11/16/04 | DH | DETENTION HEARING (276 §58A) SCHEDULED FOR | | 11/19/04 |
| 11/16/04 | TRKB | CASE ASSIGNED TO TRACK B | | |
| 11/16/04 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | RDS | |
| 11/16/04 | | CPCSBRO  CPCS - BROCKTON OFFICE | | |
| 11/16/04 | MITB | MITTIMUS IN LIEU OF BAIL TO | | |
| 11/16/04 | | PJ   : PLYMOUTH JAIL | | |
| 11/16/04 | AIC | ACTION IN COURT FORM | | |
| 11/17/04 | | MEDICAL RECORDS FOR VICTIM FROM BROCKTON HOSP | | |
| 11/17/04 | | SUMMONED BY DA'S OFFICE 11/16/04 | | |
| 11/18/04 | | MEDICAL RECORDS FOR VICTIM FROM BROCKTON HOSP | | |
| 11/18/04 | | RECEIVED 11/18/04 | | |
| 11/19/04 | | DETENTION HEARING BEGUN | RDS | |
| 11/19/04 | | COMMONWEALTH'S MOTION TO SEQUESTER WITNESSES | | |
| 11/19/04 | | ALLOWED | RDS | |
| 11/19/04 | | EXHIBITS: | | |
| 11/19/04 | | 1.  RO 0415CR808 | | |
| 11/19/04 | | 2.  DEFENDANT'S BOP | | |
| 11/19/04 | | 3.  911 TAPE | | |
| 11/19/04 | | ATTY BREBBIA MOTION TO WITHDRAW FILED IN | | |
| 11/19/04 | | COURT AND ALLOWED | RDS | |
| 11/19/04 | | ATTY DARRELL FILED APPEARANCE | | |
| 11/19/04 | | ATTY DARRELL VERBAL MOTION TO STRIKE | | |
| 11/19/04 | | TESTIMONY AND BEGIN HEARING AGAIN - DENIED | RDS | |
| 11/19/04 | | DEFENSE MOTION FOR CONTINUANCE - ALLOWED | RDS | |
| 11/19/04 | | RO EXTENDED TO NEXT DATE | RDS | |
| 11/19/04 | | WITHOUT OBJECTION | | |
| 11/19/04 | C | CONTINUED | RDS | 11/19/04 |
| 11/19/04 | DH | DETENTION HEARING (276 §58A) SCHEDULED FOR | | 11/24/04 |
| 11/19/04 | MITB | MITTIMUS IN LIEU OF BAIL TO | | |
| 11/19/04 | | PJ   : PLYMOUTH JAIL | | |
| 11/19/04 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | RDS | |
| 11/19/04 | | 644607  BRADLEY, SCOTT FOR VICTIM | | |
| 11/19/04 | AIC | ACTION IN COURT FORM | | |
| 11/24/04 | | DH CONT FROM 11/19/04, DEFT VERBAL MOTION | | |
| 11/24/04 | | TO STRIKE TAPE (EXT3) DENIED | | |
| 11/24/04 | | EXIBITS | | |
| 11/24/04 | | 4) AMBULANCE REPORT | | |
| 11/24/04 | | 5) BOP/COMPLAINT AND POLICE REPORT FROM PRIOR | | |
| 11/24/04 | | INCIDENT INVOLVING VIC. | | |
| 11/24/04 | | 6) MEDICAL RCDS | | |
| 11/24/04 | | RO 04/808 YVONNE GOODMAN VS RAYMOND ISSONDRA | | |
| 11/24/04 | | EXT TO 12/21/04 BY AGREEMENT | | |
| 11/24/04 | . | 911 TAPE RETURNED TO ADA CAHILL | | |
| 11/24/04 | C | CONTINUED | RDS | 11/24/04 |
| 11/24/04 | PC | PROBABLE CAUSE HEARING SCHEDULED FOR | RDS | 12/21/04 |
| 11/24/04 | MITB | MITTIMUS IN LIEU OF BAIL TO | RDS | |
| 11/24/04 | | PJ   : PLYMOUTH JAIL | | |
| 11/26/04 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | RDS | |
| 11/26/04 | | 114450  DARRELL, JOHN G | | |
| 12/14/04 | | DECEMBER 9 2004 AFTER HEARING PURSUANT TO 276 | SUPR | |
| 12/14/04 | | SEC 58A UNDER ADVISEMENT. | | |
| 12/14/04 | | CONDITIONS OF RELEASE: | SUPR | |
| 12/14/04 | | DEFT IS TO REPORT TO PROBATION WKLY | | |
| 12/14/04 | | DEFT HAVE RANDOM URINALYSIS , UNDER DIRECTION | | |
| 12/14/04 | | OF PROBATION OFF. | | |
| 12/14/04 | | DEFT SHALL CONTINUE HIS EMPLOYMENT AND IN THE | | |
| 12/14/04 | | EVENT SUCH EMPLOYMENT IS LOST, DEFT SHALL | | |
| 12/14/04 | | SEEK EMPLOYMENT. | | |
| 12/14/04 | | DEFT SHALL ABIDE BY THE TERMS OF THE DIST | | |
| 12/14/04 | | CT RO. AND IN THE EVENT SUCH ORDER HAS LAPSED | | |
| 12/14/04 | | OR LAPSES PRIOR TO THE DISPO OF THE PENDING | | |
| 12/14/04 | | CRIMINAL COMPLAINTS, HE HSAL CONT TO HAVE NO | | |

| Date | Code | Description | | |
|------|------|-------------|------|------|
| 12/14/04 | | CONTACT WITH MS GOODMAN AND SHALL REFRAIN | | |
| 12/14/04 | | FROM ABUSING HER. THE SAID NO CONTACT ORDER | | |
| 12/14/04 | | SHALL REMAIN IN EFFECT UNTIL FURTHER ORDER | | |
| 12/14/04 | | OF THIS COURT OR A JUSTICE OF THE DIST CT. | | |
| 12/21/04 | | RESTRAINING ORDER EXTENDED TO NEXT DATE | | |
| 12/21/04 | C | CONTINUED | DGN | 12/21/04 |
| 12/21/04 | PC | PROBABLE CAUSE HEARING SCHEDULED FOR | | 1/25/05 |
| 1/07/05 | BF | BROUGHT FORWARD | DGN | 1/25/05 |
| 1/07/05 | SR | STATUS REVIEW SCHEDULED FOR | DGN | 1/07/05 |
| 1/07/05 | AIC | ACTION IN COURT FORM | DGN | |
| 1/07/05 | | P/ TERESA BARNETTE | | |
| 1/07/05 | | BROUGHT FORWARD BY PROBATION | | |
| 1/07/05 | SRH | STATUS REVIEW HELD | PCD | 1/07/05 |
| 1/07/05 | WAR | WARRANT ISSUED FOR DEFENDANT | PCD | |
| 1/21/05 | WR | WARRANT RECALLED; DEFAULT REMOVED | DGN | 1/07/05 |
| 1/21/05 | DRH | DEFAULT REMOVAL HEARING SCHEDULED FOR | DGN | 1/21/05 |
| 1/21/05 | AIC | ACTION IN COURT FORM | DGN | |
| 1/25/05 | DR | DEFAULT REMOVED | DGN | 1/21/05 |
| 1/25/05 | PT | PRETRIAL HEARING SCHEDULED FOR | DGN | 1/25/05 |
| 1/25/05 | CAB | COUNSEL APPOINTED FOR BAIL ONLY | DGN | |
| 1/25/05 | | 633474  LOKITIS, JENNIFER W. | | |
| 1/25/05 | AIC | ACTION IN COURT FORM | DGN | |
| 1/25/05 | | RO EXTENDED TO 7/28/05 | DGN | |
| 1/25/05 | C | CONTINUED | DGN | 1/25/05 |
| 1/25/05 | PT | PRETRIAL HEARING SCHEDULED FOR | | 3/04/05 |
| 1/25/05 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | DGN | |
| 1/25/05 | | 262490  KLEIN, BRENDA M | | |
| 1/25/05 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | DGN | |
| 1/25/05 | | CPCSBRO  CPCS - BROCKTON OFFICE | | |
| 1/25/05 | | CONDITIONS OF RELEASE: | | |
| 1/25/05 | | NO CONTACT W/VICTIM | | |
| 1/25/05 | | ANY TESING, URINALYSIS AS REQUIRED BY PROB | | |
| 1/25/05 | | DO NOT CONSUME OR POSSESS ANY ALCOHOL | | |
| 1/25/05 | | DO NOT CONSUME OR POSSESS ANY ILLICIT DRUGS. | | |
| 1/25/05 | | REPORT WKLY TO PROB | | |
| 1/25/05 | | MAINTAIN FULL-TIME EMPLOYMENT. | DGN | |
| 2/24/05 | BF | BROUGHT FORWARD | DGN | 3/04/05 |
| 2/24/05 | SR | STATUS REVIEW SCHEDULED FOR | DGN | 2/24/05 |
| 2/24/05 | AIC | ACTION IN COURT FORM | DGN | |
| 2/24/05 | | MOTION TO REVOKE BAIL FILED AND ALLOWED | | |
| 2/24/05 | C | CONTINUED | JS | 2/24/05 |
| 2/24/05 | PC | PROBABLE CAUSE HEARING SCHEDULED FOR | | 3/04/05 |
| 2/24/05 | CAB | COUNSEL APPOINTED FOR BAIL ONLY | JS | |
| 2/24/05 | | 640585  CHRISTIAN, ROBERT B. | | |
| 2/24/05 | MITB | MITTIMUS IN LIEU OF BAIL TO | | |
| 2/24/05 | | PJ  : PLYMOUTH JAIL | | |
| 2/24/05 | CAI | COUNSEL APPOINTED FOR INDIGENT DEFENDANT | JS | |
| 2/24/05 | | CPCSBRO  CPCS - BROCKTON OFFICE | | |
| 3/04/05 | AIC | ACTION IN COURT FORM | | |
| 3/04/05 | | COMMONWEALTHS MOTION FOR MEDICAL RECORDS | | |
| 3/04/05 | | FILED IN COURT AND ALLOWED | | |
| 3/04/05 | | DEFENDANTS MOTION TO REVISIT REVOCATION- | | |
| 3/04/05 | | DENIED | | |
| 3/04/05 | C | CONTINUED | DGN | 3/04/05 |
| 3/04/05 | PT | PRETRIAL HEARING SCHEDULED FOR | | 3/18/05 |
| 3/04/05 | MITB | MITTIMUS IN LIEU OF BAIL TO | | |
| 3/04/05 | | PJ  : PLYMOUTH JAIL | | |
| 3/07/05 | | MEDICAL RECORDS FOR VICTIM FROM PARK MED ASSO | | |
| 3/07/05 | | SUMMONED BY DA'S OFFICE 3/7/05 | | |
| 3/18/05 | PTH | PRETRIAL HEARING | | |
| 3/18/05 | PTRF | PRETRIAL CONFERENCE REPORT FILED | | |
| 3/18/05 | DCCF | DEFENSE COMPLIANCE CERTIFICATE FILED | | |
| 3/18/05 | | DEFENDANT'S PRESENCE WAIVED FOR TODAYS | | |

| RECORD OF CRIMINAL CASE | DOCKET NO. 0415 CR 008317 | Trial Court of Massachusetts District Court Department |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| 3/18/05 | | PROCEEDINGS-ATTY DARRELL | | |
| 3/18/05 | C | CONTINUED | PCD | 3/18/05 |
| 3/18/05 | JT | JURY TRIAL SCHEDULED FOR | PCD | 4/13/05 |
| 3/18/05 | MITB | MITTIMUS IN LIEU OF BAIL TO | PCD | |
| 3/18/05 | | PJ   : PLYMOUTH JAIL | | |
| 3/18/05 | | A.D.A. CAHILL FILES MOTION : | | |
| 3/18/05 | | COURT ORDER FOR PRODUCTION OF RECORDS; | | |
| 3/18/05 | | AMERICAN MEDICAL RESPONSE | | |
| 3/18/05 | | YVONNE GOODMAN D.O.B. 12/30/81... | | |
| 3/18/05 | | ALLOWED | PCD | |
| 3/18/05 | | BY AGREEMENT | | |
| 3/18/05 | | TRANSFERED TO THE BROCKTON HOSPITAL | | |
| 3/24/05 | | MEDICAL RECORDS FOR VICTIM FROM AMERICAN | | |
| 3/24/05 | | MEDICAL RESPONSE SUMMONED BY DA'S OFFICE | | |
| 3/24/05 | | 3/22/05 | | |
| 3/24/05 | | ADA C. CAHILL FILED: | | |
| 3/24/05 | | COMMONWEALTH'S MOTION IN LIMINE TO ADMIT | | |
| 3/24/05 | | VICTIM'S OUT-OF-COURT STATEMENTS INTO | | |
| 3/24/05 | | EVIDENCE AS "EXCITED/SPONTANEOUS | | |
| 3/24/05 | | UTTERANCES"; | | |
| 3/24/05 | | COMMONWEALTH'S MOTION IN LIMINE TO ADMIT | | |
| 3/24/05 | | WITNESS'S OUT-OF-COURT STATEMENTS INTO | | |
| 3/24/05 | | EVIDENCE AS "SPONTANEOUS/EXCITED | | |
| 3/24/05 | | UTTERANCES" | | |
| 3/28/05 | OR | ORDERED: PRODUCTION OF RECORDS | FXD | |
| 4/13/05 | | A.D.A.CAHILL STATES TO THE COURT THAT | | |
| 4/13/05 | | ATTY DARRELL WAS ON TRIAL IN ANOTHER COURT | | |
| 4/13/05 | | ATTY. MACMANUS & PEACHY STAND IN FOR DARRELL | | |
| 4/13/05 | | DEFENDANT'S PRESENCE IS WAIVED FOR TODAYS | | |
| 4/13/05 | | PROCEEDINGS | | |
| 4/13/05 | C | CONTINUED | FXD | 4/13/05 |
| 4/13/05 | | DR. IS PRESENT IN COURT WITH ORIGINAL MED. | | |
| 4/13/05 | | RECORDS FROM PARK MEDICAL | | |
| 4/13/05 | JT | JURY TRIAL SCHEDULED FOR | FXD | 5/17/05 |
| 4/13/05 | MITB | MITTIMUS IN LIEU OF BAIL TO | FXD | |
| 4/13/05 | | PJ   : PLYMOUTH JAIL | | |
| 4/13/05 | JE | JUDGMENT ENTERED | DGN | |
| 4/22/05 | | MEDICAL RECORDS FOR VICTIM REVECIED FROM | | |
| 4/22/05 | | EDUARDO D TALUSAN M.D. | | |
| 5/17/05 | | A.D.A. CAHILL; ATT M. FOX AND ATTY PAUL | | |
| 5/17/05 | | MC MANUS; IN FOR ATTY DARRELL | | |
| 5/17/05 | CCU | CONTINUED-DEFENSE COUNSEL UNAVAILABLE | FXD | 5/17/05 |
| 5/17/05 | | ATTY DARRELL (FAMILY ILLNESS) | | |
| 5/17/05 | | A.D.A. CAHILL FILES;COMMONWEALTH'S MOTION | | |
| 5/17/05 | | TO REVOKE BAIL M.G.L. 276 58B TO BE HELD UP | | |
| 5/17/05 | | TO  90 DAYS;  ALLOWED. COURT FINDS THAT DEF- | | |
| 5/17/05 | | ENDANT WAS ON RELEASE ON CONDITIONS FROM | | |
| 5/17/05 | | SUPERIOR COURT . HE VIOLATED THE NO CONTACT | | |
| 5/17/05 | | PROVISION AND HE (AT THE SAME TIME) VIOLATED | | |
| 5/17/05 | | A RESTRAINING ORDER. BASED ON THE EVENTS | | |
| 5/17/05 | | OF THIS CASE THE DEFENDANT IS A DANGER TO THE | | |
| 5/17/05 | | VICTIM. HOLD WITHOUT BAIL FOR UP TO 90 DAYS | FXD | |
| 5/17/05 | | JUDGE DINNEEN | | |
| 5/17/05 | | ATTY'S M. FOX; AND ATTY APUL MCMANUS | | |
| 5/17/05 | JT | JURY TRIAL SCHEDULED FOR | FXD | 6/15/05 |
| 5/17/05 | MITB | MITTIMUS IN LIEU OF BAIL TO | FXD | |
| 5/17/05 | | PJ   : PLYMOUTH JAIL | | |
| 5/17/05 | | TAPE 9-05-185(949-2990) | | |
| 6/15/05 | COLL | GUILTY PLEA/ASF COLLOQUY GIVEN | FXD | |
| 6/15/05 | AW | ALIEN WARNING (279 §29D) GIVEN DEFENDANT | FXD | |
| 6/15/05 | GP | GUILTY PLEA OFFERED & ACCEPTED AFTER COLLOQUY | FXD | 6/15/05 |
| 6/15/05 | | AMENDED JUDGMENT OR SENTENCE ENTERED | DGN | |
| 6/15/05 | | AMENDED JUDGMENT OR SENTENCE ENTERED | DGN | |



| RECORD OF CRIMINAL CASE | DOCKET NO. 0415 CR 008317 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| 6/15/05 | ZCOM | CASE CLOSED-DEFENDANT COMMITTED | FXD |
| 6/15/05 | | AMENDED JUDGMENT OR SENTENCE ENTERED | DGN |
| 6/15/05 | | AMENDED JUDGMENT OR SENTENCE ENTERED | DGN |
| 6/15/05 | MIT | MITTIMUS FOR SENTENCE ISSUED | FXD |
| 6/15/05 | | PHC   : PLYMOUTH HOUSE OF CORRECTION | |

TENDER OF
**WAIVER OF RIGHTS**

04-8317    4

The Commonwealth of Massachusetts
District Court Department

| INSTRUCTIONS: This form must be typed or printed clearly, completed prior to the Pretrial Hearing, signed by both counsel and submitted to the court by the defendant at or before the Pretrial Hearing. | NAME OF DEFENDANT<br><br>Reymond Issandra | COURT DIVISION<br>Brockton District Court<br>215 Main Street<br>Brockton, MA. 02301 |
|---|---|---|

**SECTION I** — TENDER OF PLEA

Defendant in this case hereby tenders the following: ☒ PLEA OF GUILTY   ☐ ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY conditioned on the dispositional terms indicated below. Include all proposed terms (guilty finding, finding of sufficient facts, continued without finding, dismissal, fine, costs, probation period and supervision terms, restitution amount including the identification of the recipient of restitution, and any sentence of incarceration, split sentence or suspended sentence, etc.). Number each count and specify terms for each count separately.

| COUNT NO. | DEFENDANT'S DISPOSITIONAL TERMS (Check "Yes" if Prosecution agrees - Check "No" if Prosecution disagrees) | | PROSECUTOR'S RECOMMENDATION (Required if Prosecutor disagrees with terms) |
|---|---|---|---|
| 2) | ADISW - red. A+B 18 mos HOC 11 mos to serve, bal s/s 2 yrs | ☐ YES ☒ NO | reduced to A+B 2½ yrs HOC contd |
| 3) | AISW d/c w/ above | ☐ YES ☒ NO | G- 2½ yrs HOC ss 3 yrs FIA count 1 N/A ow enter + complete certified batterers |
| 4) | A+B g filed | ☐ YES ☒ NO | G- 2½ yrs HOC ss 3 yrs above ss any DSS plu FIA count 1 batterers Prog - N/A op v-abuse by DSS plu |
| 5) | Threat g filed | ☐ YES ☒ NO | G-file |
|  |  | ☐ YES ☐ NO |  |

WE HAVE CONSULTED WITH THE PROBATION DEPARTMENT REGARDING ANY PROBATION TERMS SET FORTH ABOVE.

| DATE | SIGNATURE OF DEFENSE COUNSEL<br>X | SIGNATURE OF PROSECUTING OFFICER<br>Cornelius J Cahill | DATE<br>6-15-05 |
|---|---|---|---|

**SECTION II** — PLEA OR ADMISSION ACCEPTED BY THE COURT

The Court ☐ ACCEPTS the tendered Plea or Admission on defendant's terms set forth in Section I. and will impose sentence in accordance with said terms, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

**SECTION III** — PLEA OR ADMISSION REJECTED BY THE COURT

| The Court: ☒ REJECTS the defendant's dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c) (6), has set forth to the defendant the dispositional terms it would find acceptable, to wit:<br><br>Ct 2  A+B<br>3  ADW  } 11 mos com.<br>4  A+B<br>5  threat  G-F | DEFENDANT'S DECISION IF COURT REJECTS TENDERED PLEA OR ADMISSION:<br><br>☐ Defendant WITHDRAWS the tendered Plea or Admission; the parties must complete and file a Pretrial Conference Report, a Pretrial Hearing must be conducted and a trial date scheduled, if necessary.<br><br>☒ Defendant ACCEPTS terms set forth by the Court, a Plea or Admission will be accepted by the court and said dispositional terms imposed, subject to submission of defendant's written WAVIER (see Section IV on reverse of this form). Completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS. |
|---|---|

| DATE<br>6/15/05 | SIGNATURE OF JUDGE ACCEPTING OR REJECTING PLEA OR ADMISSION<br>X | SIGNATURE OF DEFENSE COUNSEL (if rejection decision made) | DATE |
|---|---|---|---|

SECTION IV      DEFENDANT'S WAIVER OF RIGHTS (G.L.c. 263, § 6) & ALIEN RIGHTS NOTICE (G.L.c.278,§ 29D)

I, the undersigned defendant, understand and acknowledge that I am voluntarily giving up the right to be tried by a jury or a judge without a jury on these charges.

I have discussed my constitutional and other rights with my attorney. I understand that the jury would consist of six jurors chosen at random from the community, and that I could participate in selecting those jurors, who would determine unanimously whether I was guilty or not guilty. I understand that by entering my plea of guilty or admission, I will also be giving up my right to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to testify or provide evidence against myself by asserting my privilege against self-incrimination, all with the assistance of my defense attorney; and to be presumed innocent until proven guilty by the prosecution beyond a reasonable doubt.

I am aware of the nature and elements of the charge or charges to which I am entering my guilty plea or admission. I am also aware of the nature and range of the possible sentence or sentences.

My guilty plea or admission is not the result of force or threats. It is not the result of assurances or promises, other than any agreed-upon recommendation by the prosecution, as set forth in Section I of this form. I have decided to plead guilty, or admit to sufficient facts, voluntarily and freely.

I am not now under the influence of any drug, medication, liquor or other substance that would impair ability to fully understand the constitutional and statutory rights that I am waiving when I plead guilty, or admit to sufficient facts to support a finding of guilty.

I understand that if I am not a citizen of the United States, conviction of this offense may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF DEFENDANT | DATE |
|---|---|
| X _Raymonde_ | 6/15/05 |

SECTION V      DEFENSE COUNSEL'S CERTIFICATE (G.L.c. 218 § 26A)

As required by G.L.c 218, § 26A, I certify that as legal counsel to the defendant in this case, I have explained to the defendant the above-stated provisions of law regarding the defendant's waiver of jury trial and rights so as to enable the defendant to tender his or her plea of guilty or admission knowingly, intelligently and voluntarily.

| SIGNATURE OF DEFENSE COUNSEL | B.B.O. NO. | DATE |
|---|---|---|
| X | 1 8 4 5 0 | 6/16/05 |

SECTION VI      JUDGE'S CERTIFICATION

I, the undersigned Justice of the District Court, addressed the defendant directly in open court. I made appropriate inquiry into the education and background of the defendant and am satisfied that he or she fully understands all of his or her rights as set forth in Section IV of this form, and that he or she is not under the influence of any drug, medication, liquor or other substance that would impair his or her ability to fully understand those rights. I find, after an oral colloquy with the defendant, that the defendant has knowingly, intelligently and voluntarily waived all of his or her rights as explained during these proceedings and as set forth in this form.

After a hearing, I have found a factual basis for the charge(s) to which the defendant is pleading guilty or admitting and I have found that the facts as related by the prosecution and admitted by the defendant would support a conviction on the charges to which the plea or admission is made.

I further certify that the defendant was informed and advised that if he or she is not a citizen of the United States, a conviction of the offense with which he or she was charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF JUDGE | DATE |
|---|---|
| X | 6/15/05 |

C-CR 22 (8/96)                                                                                   TENDPLEA.wpd

| CRIMINAL COMPLAINT | DOCKET NO.<br>0415 CR 005317 | The Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| DEFENDANT NAME | | | | COURT NAME & ADDRESS |
|---|---|---|---|---|
| RAYMOND ISSONDRA | | | | BROCKTON TRIAL COURT |

| DEFENDANT DOB | DATE OF COMPLAINT | DATE OF OFFENSE | NO. OF COUNTS | 215 MAIN ST P.O. BOX 7610 |
|---|---|---|---|---|
| 5/02/78 | 11/16/04 | 11/16/04 | 5 | BROCKTON          MA 02303-7610<br>(508) 587-8000 |

| OFFENSE LOCATION | POLICE DEPT. OF OFFENSE | |
|---|---|---|
| BROCKTON | BROCKTON POLICE DEPT. | |

| POLICE INCIDENT NO. | ARREST DATE | WARRANT ON COMPLAINT DATE | ARRAIGNMENT SCHEDULED FOR |
|---|---|---|---|
| 04014584 | 11/16/04 | | 11/16/04 |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated the defendant committed the offense(s) listed below and on any attached pages.

1.  265/16        MURDER, ATTEMPTED   *Dismiss motion / Com, NT 3/4/05*

    on NOVEMBER 16, 2004 did, by CHOKING, attempt to murder YVONNE GOODMAN, in violation of G.L. c.265, §16. (NO DISTRICT COURT FINAL JURISDICTION IN ADULT SESSION.)

2.  265/15A/A     A&B ~~WITH DANGEROUS WEAPON~~                              *d/BGR 6/15/05*

    on NOVEMBER 16, 2004 did, by means of a dangerous weapon, a SHOD FOOT, assault and beat YVONNE GOODMAN, in violation of G.L. c.265, §15A(b). (PENALTY: state prison not more than 10 years; or jail not more than 2 1/2 years; or not more than $5000 fine; or both such fine and imprisonment. District Court has final jurisdiction under G.L. c.218, §26.)

3.  265/15B/A     ASSAULT W/DANGEROUS WEAPON

    on NOVEMBER 16, 2004 did, by means of a dangerous weapon, a KNIFE, assault YVONNE GOODMAN, in violation of G.L. c.265, §15B(b). (PENALTY: state prison not more than 5 years; or jail not more than 2 1/2 years; or not more than $1000.)

4.  265/13A/B     A&B

    on NOVEMBER 16, 2004 did assault and beat YVONNE GOODMAN, in violation of G.L. c.265, §13A(a). (PENALTY: house of correction not more than 2 1/2 years; or not more than $1000.)

5.  275/2         THREAT TO COMMIT CRIME

    on NOVEMBER 16, 2004 did threaten to commit a crime against the person or property of another, to wit: MURDER, in violation of G.L. c.275, §2. (PENALTY from §4: imprisonment not more than 6 months; or not more than $100; or recognizance to keep the peace for up to 6 months.)

| SIGNATURE OF COMPLAINANT | SWORN TO BEFORE ME |
|---|---|
| X _____<br>SGT. ANDREW H. CESARINI | X _____<br>CLERK-MAGISTRATE/ASST. CLERK/DEPUTY ASST. CLERK |

ZCI    11/16/04 7:43 AM

| Offense/Incident | | BROCKTON POLICE DEPARTMENT | Case No. |
|---|---|---|---|
| ASSLT/BAT DW KNIFE | | ARREST REPORT | 04014584 |

| Offense Date and Time | Day | Arrest Date and Time | Day | Domestic Violence? |
|---|---|---|---|---|
| 11/16/2004   00:30 | Tue | 11/16/2004   03:45 | Tue | YES |

| Location of Offense | Apt | Sector | Wrd | Prec | Arresting Officer |
|---|---|---|---|---|---|
| 165/CARL AV | 146 | SE | 4 | 4D | STURDEVANT, JOHN P |

| Defendant's Name | | Sex | Race | Hgt | Wgt | D.O.B. | |
|---|---|---|---|---|---|---|---|
| ISSONDA       RAYMOND | P | M | U | 511 | 165 | 05/02/1978 | A/J ADULT |

| Defendant's Address | Social Security No. |
|---|---|
| 23/KINGMAN AV BROCKTON MA | 624116209 |

| Offense(s) Charged | A | | B | | C |
|---|---|---|---|---|---|
| ASSLT/BAT DW KNIFE | | ATT MURDER | | ASSL'T/BATT FELONY | |
| | D | | E | | F |
| THREATS TO MURDER | | ASSLT D/W OTHER | | | |

| Weapon(s) Used | Location of Arrest |
|---|---|
| | 7/COMMERCIAL ST |

| Victim 1 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| GOODMAN       YVONNE | | F | B | 12/30/1981 | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 165/CARL AV APT 146E BROCKTON | | |

| Witness 1 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| STURDEVANT     JOHN | | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 2 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| CELIA         MARK | | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 3 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| DONAHUE       TIM | | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 4 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| MERCURIO       GARY | | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 5 | | Sex | Race | D.O.B | |
|---|---|---|---|---|---|
| CODY         JAMES | | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|

Page  2

| Offense/Incident | BROCKTON POLICE DEPARTMENT | Case No. |
|---|---|---|
| ASSLT/BAT DW KNIFE | ARREST REPORT | 04014584 |

| Witness 6 | Sex | Race | D.O.B | |
|---|---|---|---|---|
| SALAMONE          ANDREA | F | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 7 | Sex | Race | D.O.B | |
|---|---|---|---|---|
| BENVIE          BRIAN | M | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

| Witness 8 | Sex | Race | D.O.B | |
|---|---|---|---|---|
| KEANE          DIANE | F | W | | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 7 COMMERCIAL ST | | |

Narrative:

```
 1    ON THE ABOVE DATE I WAS SENT TO 165 CARL AV APT 146 FOR DOMESTIC
 2   VIOLENCE. AS I ENTERED THE COMPLEX AND PULLED UP OUT FRONT DISPATCH
 3   HAD INFORMED ME THAT THE VICTIM WAS BEING CHOKED AS SHE SPOKE ON THE
 4   PHONE. I HAD TO BREAK THE DOOR LEADING INTO THE HALLWAY TO GAIN
 5   ACCESS AND THEN AGAIN ON THE APT DOOR. THE OLDER DAUGHTER DAZARIAH
 6   OPENEND THE DOOR WHEN SHE HEARD ME KICKING IT. SHE SAID MY DADDY BEAT
 7   UP MY MOMMY AND I FOUND HER LYING ON THE BEDROOM FLOOR WITH THE
 8   YOUNGER DAUGHTER DANAKAH SITTING NEXT TO HER CRYING. DAZARIAH THEN
 9   SAID HE LEFT OUT THE BACK DOOR. EMTS AND FIRE ARRIVED AND GAVE
10   MEDICAL ATTENTION TO HER AND ALSO TRANSPORTED THEM TO BROCKTON
11   HOSPITAL. THE LIVING ROOM HAD A STATUE BROKEN ON THE FLOOR AND THE
12   TV SCREEN HAD BEEN BROKEN AND A DRAWER IN THE KITCHEN HAD BEEN PULLED
13   OPEN AND EMPTIED ON THE FLOOR CONTAINING KNIVES AND FORKES. I THEN
14   WENT TO THE HOSPITAL WHERE I SPOKE WITH THE VICTIM WHO STATED TO ME
15   THAT HER BOYFRIEND THE DEFENDANT WAS WATCHING TV WHILE SHE WAS IN THE
16   SHOWER AND SHE HEARD SOMEONE AT THE DOOR SHE THEN CAME OUT AND ACCUSED
17   HIM OF SEEING SOMEONE ELSE THAT STARTED AN ARGUMENT AND HE TOLD HER
18   TO STOP ACCUSING HIM OF THESE THINGS AND PUNCHED HER IN THE EYE (EYE
19   WAS BLOODSHOT AND SWOLLEN AT HOSPITAL). THEY THEN STARTED TO FIGHT
20   AND SHE STATED HE PUNCHED HER SEVERAL TIMES AND FELL TO THE GROUND
21   AND HE STARTED KICKING HER. SHE STATED SHE HIT HIM TRYING TO DEFEND
22   HERSELF. SHE SAID SHE WAS GOING TO CALL THE POLICE AND HE SAID
23   YOU WILL SCREW UP MY LIFE AND I WILL KILL YOU AND THE FIGHT MOVED INTO
24   THE BATHROOM WERE SHE STATED HE CHOKED HER UNTIL SHE NEARLY LOST
25   PASSED OUT. SHE BELIEVES HE WOULD HAVE KILLED HER IF HER DAUGHTER
26   HADNT COME IN AND TOLD HIM TO STOP. AT THAT POINT HE SAID IM GOING TO
27   KILL YOU AND WENT TO THE KITCHEN AND GOT A KNIFE AND SHE DOESNT KNOW
28   WHAT HAPPENENED AFTER THAT. WHILE AT THE HOSPITAL A NURSE CAME IN AND
29   STATED THAT HE WAS IN THE WAITING ROOM ASKING FOR HER I WENT OUTSIDE
30   AND HE HAD JUST LEFT AND SEVERAL CRUISERS RESPONDED TO THE AREA AND
31   WAS ARRESTED A BLOCK AWAY BY OFCS DONAHUE MERCURIO AND SGT CELIA. WHEN
```

```
!---------------------------!                                        Page  3
!  Offense/Incident         !                          !---------------------------!
!                           !    BROCKTON POLICE DEPARTMENT     !  Case No.               !
!  ASSLT/BAT DW KNIFE       !         ARREST REPORT            !      04014584           !
!---------------------------!-------------------------------------------------------------!
! 32 ! OFC DONAHUE PLACED HANDCUFFS ON THE DEFENDANT HE STATED TO BOTH             !
! 33 ! MERCURIO AND DONAHUE WHY ARE YOU PUTTING HANDCUFFS ON ME ITS BECAUSE        !
! 34 ! SHE IS PRESSING CHARGES. THE DEFENDANT WAS THEN BROUGHT TO THE STATION      !
! 35 ! TO BE BOOKED. WHILE AT THE STATION I LISTENED TO THE 911 TAPE WITH          !
! 36 ! SGT CELIA AND ETD KEANE AND OFC BENVIE THE TAPE HAS THE VICTIM BEING        !
! 37 ! CHOKED AND THE DEFENANT LAUGHING WHILE DOING THIS AND THE DAUGHTER          !
! 38 ! DAZARIAH SAYS HE KILLED MOMMY ON IT ALSO ALONG WITH A LARGE PART OF         !
! 39 ! THE FIGHT ITSELF. DSS WAS CALLED AND A 51A FILED AND RESPONDED TO THE       !
! 40 ! HOSPITAL. PLYMOUTH COUNTY BCI WAS CALLED FRO PICS BY LT. BUCKLEY            !
! 41 ! AND HER RIGHTS TO A 209A WERE GIVEN AND SHE WILL SEEK ONE AT COURT          !
! 42 ! IN THE MORNING.                                                             !
!---------------------------------------------------------------------------------------!
! Signed under the pains & penalties of perjury. (Arresting Officer Signature) !
!                                                                               !
!-------------------------------------------------------------------------------!
!  Report Date      ! Supervisors Signature                                     !
!                   !                                                           !
!                   !                                                           !
!-------------------------------------------------------------------------------!
```

# INV DACS WORKSHEET

A# 96 416 564

LAST NAME: ISSONDA          FIRST NAME: Raymond Priscus

DOB: 5/2/78  NATIONALITY: TANZANIA    SEX: M

PRISON ID#: 38942     BOP#: 00002865409

DATE OF INTERVIEW: 4/18/2005

DETENTION LOCATION: PLYMOMA

ALERT CODE: C     AGGRAVATED FELON CODE: No

EARLIEST POSSIBLE RELEASE DATE: 1/19/2006

DATE DETAINER PLACED: 10/7/2005

DATE CHARGING DOCUMENT SERVED ON ALIEN: 10/7/2005

DATE CHARGING DOCUMENT SERVED ON INSTITUTION: 10/7/2005

CRIME CODE:(NCIC CODE): 1315

CRIME STATUS CODE & DATE: C- 6/15/05

DATE A-FILE REQUESTED: N/A

DATE A-FILE RECEIVED: N/A

DATE REVIEW-LEGAL SUFF.: 10/4/05

DATE SENTENCED: 6/15/05

TIME SENTENCED: 11 months

DACS INPUT COMPLETE/INV

VICTIM-WITNESS CASE: NOTIFY

(Front INV)

# *U.S. Department of Homeland Security*
## **Immigration & Customs Enforcement**
### JFK Federal Building
### Government Center
### Boston, MA

## **IMPORTANT NOTICE**

This alien has been convicted of crime that may have a victim

File A- 96·416·564     Name ISSONDA, Raymond Priscos

There are Notification Requirements to a Victim
Under the Attorney General's Guidelines (USC 42 §10607)

## *Actions* concerning this individual
## *MUST BE IMMEDIATELY REPORTED:*
For questions contact your local
Victim/Witness Coordinator



**John Drane**
ICE Detention & Removal
617-565-3304

**Elizabeth Poleet**
ICE Investigations/BOS
617-565-7400
fax : 617-565-7422

For Any Action/Updates/Contacts - Please make note on the OTHER side
# **ATTENTION-IMPORTANT**
There *may be* a victim in this case that may need notification of Court appearances,
Transfers or ANY change in custody status.

Please make sure information is provided to the local Victim Witness Representative or the
District VW Coordinator

# **Please keep this Form NEAR TOP of File**
(Revised 5/2005)

U. S. Department of Justice
Immigration and Naturalization Service

# Notice to EOIR: Alien Address

---

Date: **October 4, 2005**

To:   Office of the Immigration Judge
      Executive Office for Immigration Review

_____

_____

From:  Office of the District Director
       Immigration and Naturalization Service

_____

_____

File No: **A096 416 564**
Case No: **XBO0610000012**

Respondent: **Raymond Priscus ISSONDA AKA: INMATE ID: #38942, PED: 01/19/2006; ISSONDRA, RAYMOND**

---

This is to notify you that this respondent is:

☒ Currently incarcerated by other than INS. A charging document has been served on the respondent and an Immigration Detainer- Notice of Action by the INS (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

_____ Plymouth County HoC
_____ 26 Long Pond Road
_____ Plymouth, MA 02360

His/her anticipated release date is: _____ 1/19/2006 _____

☐ Currently detained by INS at: _____

_____

☐ Currently detained by INS and transferred this date to a new location: _____

---

INS motion for change of venue attached.   ☐ Yes      ☒ No

☐ Released from INS custody on the following condition(s):
   ☐ Personal recognizance
   ☐ Order of recognizance (Form I-220A)
   ☐ Bond in the amount of $ _____      ☐ Surety bond      ☐ Cash bond
   ☐ Other _____

☐ Upon release from INS custody, the respondent reported his/her address and telephone number will be:

_____

_____

☐ Upon release from INS custody, the respondent was reminded of the requirements contained in section 239(a)(l)(F)(ii) of the Immigration and Nationality Act and was provided with an EOIR change of address from (EOIR-33).

_____        _____
(Signature of INS official)         ICE Agent
                                    (Title of INS official)

_____        _____
Mark Annotto                        Boston, MA
(Printed name of INS official)         (Location)

Form I-830 (Rev 4/1/97)N