DECLARATION

I, Kathleen E. Meehan, wish to make the following unsworn declaration under penalty of perjury in accordance with 28 U.S.C. Section 1746(2):

I am the Mission Support Specialist for the Office of the Chief Counsel of the Immigration and Customs Enforcement (ICE), New Orleans Field Office. Attached to this declaration is an electronic record from the ICE database, concerning RAYMOND ISSONDA, A96 416 564. This printout indicates that RAYMOND ISSONDA was removed from the United States pursuant to an order of removal on November 8, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of November, 2006.

Kathleen E. Meehan
Mission Support Specialist
Office of the Chief Counsel
Immigration & Customs Enforcement
1010 East Whatley Road
Oakdale, LA 71463

EXHIBIT 1

```
A-NUM: 096416564        LAST NAME: ISSONDA
DCO: OAK                FIRST NAME: RAYMOND                 NATLTY: TANZA

     CHG-DOC-ISSUED: 10/04/2005    DATE-WA-ISSUED: 10/04/2005
     CHG-DOC-SERVED: 10/07/2005    DATE-WA-SERVED: 12/30/2005
                                   CONSUL-NOTIF:

     BOND-AMT-REQUIRED:            BOND-TERM-STATUS:
     BOND-AMT-POSTED:              DATE-BOND-POSTED:

     STAT-RECOG-SUPER:             DATE-STATUS-RECOG-SUPER:

     DET-LOC-ID: BERGENJ           DATE-BOOKED-IN: 11/07/2006
     DATE-RELEASED: 11/08/2006     RELEASED-TO: DEP

     DATE-ENTERED: 11/07/2006      VR-USM: RB
     DET-FAC-TYPE: NSD             DET-DCO: VRK

                                                      PF7 - DET LOC ID LIST
                    COMMAND: CUST       A-NUM: 096416564
NO BOND DATA                     FIRST PAGE OF DATA
```