U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 1 2007

ROBERT H. S_____, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAYMOND ISSONDA | : | DOCKET NO. 2:06-cv-1369 |
| VS. | : | JUDGE TRIMBLE |
| US Bureau of Immigration a Custom Enforcement | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition be DENIED and DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of January, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE